# EXHIBIT A

# EXHIBIT A

## MICHAEL RUNNE

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| Maverick Recording Company | Michelle Branch | All You Wanted | The Spirit Room | 303-732 |
| UMG Recordings, Inc. | Ludacris | Saturday (Oooh! Oooh!) | Word of Mouf | 304-605 |
| BMG Music | Lonestar | I'm Already There | I'm Already There | 298-550 |
| Capitol Records, Inc. | Bob Seger | Old Time Rock & Roll | Stranger in Town | 5-591 |
| Interscope Records | Eminem | Brain Damage | The Slim Shady LP | 262-686 |
| Warner Bros. Records Inc. | Linkin Park | Cure For The Itch | Hybrid Theory | 288-402 |
| Elektra Entertainment Group Inc. | Third Eye Blind | How's It Going to Be | Third Eye Blind | 188-673 |
| Arista Records LLC | Outkast | So Fresh, So Clean | Stankonia | 306-741 |