**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| mikerunne@KaZaA | (Creed)-With Arms Wide Open (Orchestral).mp3 | Creed | 3,670KB | Audio |
| mikerunne@KaZaA | Chingy - Right Thur (4).mp3 | Chingy | 631KB | Audio |
| mikerunne@KaZaA | kmd172_en.exe | Sharman Networks Ltd | 3,760KB | Software |
| mikerunne@KaZaA | Fast and the Furious(2).avi | Unknown | 523KB | Video |
| mikerunne@KaZaA | SpearHead - 01 - Till the Break of Dawn.mp3 | Spearhead | 2,212KB | Audio |
| mikerunne@KaZaA | GloriaGainor-IwillSurvive.mp3 | Coyote Ugly | 6,590KB | Audio |
| mikerunne@KaZaA | Adam Sandler- Hanukkah Song.mp3 | Adam Sandler | 3,500KB | Audio |
| mikerunne@KaZaA | Adam Sandler-So I Bit His Ear.mp3 | Mike Tyson | 932KB | Audio |
| mikerunne@KaZaA | Adam Sandler - Billy Madison - Jibberish.mp3 | Adam Sandler | 664KB | Audio |
| mikerunne@KaZaA | Adam Sandler - Talking Goat Song 2.mp3 | Adam Sandler | 1,828KB | Audio |
| mikerunne@KaZaA | Ja Rule feat.mp3 | Ja Rule | 5,804KB | Audio |
| 2 Users | Adam Sandler - Stoned On Sesame Street.mp3 | Adam Sandler | 2,353KB | Audio |
| mikerunne@KaZaA | abh - kids of the nation.mp3 | ABH | 2,971KB | Audio |
| mikerunne@KaZaA | Lincoln park - Break (1) (1).mp3 | Linkin Park | 1,856KB | Audio |
| mikerunne@KaZaA | Adam Sandler - Toll Booth Willy.mp3 | Adam Sandler | 3,566KB | Audio |
| mikerunne@KaZaA | Nelly - Hot in Herre (The real hot in here).mp3 | Nelly | 2,238KB | Audio |
| mikerunne@KaZaA | Adam Sandler - Windows 95 Sucks.mp3 | A | 2,028KB | Audio |
| mikerunne@KaZaA | Adam Sandler - You Kicked My Dog.mp3 | Adam Sandler | 1,296KB | Audio |
| 2 Users | ACDC - Dirty Deeds.mp3 | AC/DC | 3,921KB | Audio |
| mikerunne@KaZaA | Shaggy - It Wasn't Me.mp3 | Shaggy | 1,556KB | Audio |
| mikerunne@KaZaA | T-6213385-POD - 04 - Youth of the Nation.WAV | NWA | 17,644KB | Audio |
| mikerunne@KaZaA | Candle_In_The_Wind.mp3 | Elton John | 3,709KB | Audio |
| mikerunne@KaZaA | ozzy osborne - Facing Hell.mp3 | Ozzy Osbourne | 2,597KB | Audio |
| mikerunne@KaZaA | 18 - I Need a Girl.mp3 | Unknown | 3,937KB | Audio |
| mikerunne@KaZaA | Arosmith - Drem on.MP3 | Arosmith | 4,151KB | Audio |
| mikerunne@KaZaA | Drinking Bone.mp3 | Unknown | 1,289KB | Audio |
| mikerunne@KaZaA | acappella - proud to be an american.mp3 | Acappella | 2,928KB | Audio |
| mikerunne@KaZaA | nick.cannon ft. r.kelly - gigolo.mp3 | Nick Cannon feat. R. Kelly | 5,414KB | Audio |
| mikerunne@KaZaA | Ozzy Osborne-Black Sabbath-War Pigs.mp3 | Black Sabbath | 4,662KB | Audio |

Found 816 files | 86,285 users online, sharing 75,065,703 files (418,448 GB) | Not sharing any files

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| mikerunne@KaZaA | Ozzy Osborne - Black Sabbath - War Pigs.mp3 | Black Sabbath | 4,662KB | Audio |
| 3 Users | Chingy - Right Thuur RMX.mp3 | Chingy | 2,850KB | Audio |
| mikerunne@KaZaA | nelly - #1 .mp3 | Nelly | 3,885KB | Audio |
| mikerunne@KaZaA | Avril Lavigne - Anything But Ordinary (1).mp3 | Avril Lavigne | 708KB | Audio |
| mikerunne@KaZaA | Stepmom - Ain't No Mountain High Enough (Marvin Gaye)... | Stepmom | 2,296KB | Audio |
| mikerunne@KaZaA | Third Eye Blind - Step Back From That Ledge.mp3 | Third Eye Blind | 4,273KB | Audio |
| mikerunne@KaZaA | christmas songs - Brenda Lee Rockin' Around The Christmas.. | a | 11,772KB | Audio |
| mikerunne@KaZaA | Christmas - Bing Crosby - Let It Snow.mp3 | Bing Crosby | 1,920KB | Audio |
| mikerunne@KaZaA | Nat King Cole - Deck The Halls.mp3 | Nat King Cole | 704KB | Audio |
| mikerunne@KaZaA | White Christmas.wma | Elvis Presley | 1,715KB | Audio |
| mikerunne@KaZaA | eminem - Cleaning Out My Closet.mp3 | Eminem Freestyle - http:/,... | 1,336KB | Audio |
| mikerunne@KaZaA | grand theft auto 4 vice city movie .avi | Unknown | 5,062KB | Video |
| mikerunne@KaZaA | gtavc_092002_helicopter.mov | Rockstar | 4,872KB | Video |
| mikerunne@KaZaA | 98 Degrees - Christmas Songs - Silent Night.wma | Christmas | 1,486KB | Audio |
| mikerunne@KaZaA | car_inferno.mov | Rockstar | 5,976KB | Video |
| mikerunne@KaZaA | nappy roots - Sell It Out.mp3 | Nappy Roots | 3,628KB | Audio |
| mikerunne@KaZaA | Michael Jackson - Smooth Criminal.mp3 | Michael Jackson | 1,771KB | Audio |
| mikerunne@KaZaA | Nelly Fertado - Turn Off The Light.mp3 | Nelly Furtado- | 3,848KB | Audio |
| mikerunne@KaZaA | kmd202gu_en.exe | Sharman Networks Ltd | 3,323KB | Software |
| mikerunne@KaZaA | P. Diddy - I Need A Girl Part II (ft. Ginuwine, Loon).mp3 | P. Diddy | 4,372KB | Audio |
| mikerunne@KaZaA | missy_elliott-work_it (1).wma | Missy Elliot | 4,008KB | Audio |
| mikerunne@KaZaA | Blink 182 - Mark Hoppus - My special Friend (live).mp3 | Blink182 | 1,149KB | Audio |
| mikerunne@KaZaA | Blink 182 - Mark Hoppus - My special Friend (live) (1).mp3 | Blink 182 | 1,084KB | Audio |
| mikerunne@KaZaA | Steven Lynch - Special Fred (my best friend).mp3 | Steven Lynch | 1,256KB | Audio |
| mikerunne@KaZaA | Clan of Xymox - Special Friends.mp3 | Clan Of Xymox | 6,021KB | Audio |
| mikerunne@KaZaA | Mariah Carey - Hero.mp3 | Mariah Carey | 1,771KB | Audio |
| mikerunne@KaZaA | Cypress Hill - Cock The Hammer.mp3 | Cypress Hill | 3,953KB | Audio |
| mikerunne@KaZaA | Tim McGraw and Faith Hill - Its Your Love.MP3 | Faith Hill | 3,288KB | Audio |

Found 816 files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | | | Traffic | Shop | Tell A Friend

New search | My Download | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| mikerunne@KaZaA | Start Me Up.mp3 | Rolling Stones | 2,521KB | Audio |
| mikerunne@KaZaA | Space Ghost - Brak - I'm a Cucumber.mp3 | Space Ghost | 514KB | Audio |
| mikerunne@KaZaA | Disney Christmas - Frosty the Snowman.mp3 | DISNEY | 1,288KB | Audio |
| mikerunne@KaZaA | JLo ft. LOX-Jenny From the Block.mp3 | Jennifer Lopez Feat. Jada... | 4,469KB | Audio |
| mikerunne@KaZaA | Rudolph The Red-Nose Reindeer---The Chipmunk.mp3 | Chipmunks | 589KB | Audio |
| mikerunne@KaZaA | Ozzy - TORN MAN .mp3 | Black Sabbath | 3,924KB | Audio |
| 2 Users | Ludacris - Ho (Skit).mp3 | Ludacris | 671KB | Audio |
| mikerunne@KaZaA | Weird Al - Let's Bomb Saddam.mp3 | Weird Al Yankovic | 1,186KB | Audio |
| mikerunne@KaZaA | Krokus - Smelly Nelly.mp3 | Krokus | 3,439KB | Audio |
| mikerunne@KaZaA | Pink Floyd - Another Brick in the Wall (1).mp3 | Pink Floyd | 3,778KB | Audio |
| mikerunne@KaZaA | Outkast- B.O.B. (Bombs Over Baghdad).mp3 | Default. | 4,755KB | Audio |
| mikerunne@KaZaA | Osama bin Laden - Comedy - FBI attacks Taliban(1).mp3 | Fbi Attacks Taliban | 1,736KB | Audio |
| mikerunne@KaZaA | Rap-Comedy-(Eminem and Dr_ Dre)-Prank call on Britney S... | Eminem and Dr. Dre | 888KB | Audio |
| mikerunne@KaZaA | Bill Clinton_Saddam Hussein - Bam Bam Iraq.mp3 | Bill Clinton_Saddam Hus... | 1,421KB | Audio |
| mikerunne@KaZaA | Tim Wilson - Smoking_Saddam Hussein.mp3 | Tim Wilson | 1,326KB | Audio |
| mikerunne@KaZaA | B2K - Baby Girl.wma | B2K | 731KB | Audio |
| mikerunne@KaZaA | Fabolous-Holla Back.MP3 | Fabolous | 1,404KB | Audio |
| mikerunne@KaZaA | Baha Men (parody) - Who Let The Gas Out.mp3 | Baha Men | 2,324KB | Audio |
| mikerunne@KaZaA | Enrique Iglesias - Just Want To Be With You.mp3 | Enrique Iglesias | 3,432KB | Audio |
| mikerunne@KaZaA | Eminem feat. JaRule_D12 - Scary Movie.mp3 | Eminem | 2,544KB | Audio |
| mikerunne@KaZaA | Missy Elliott Gossip Folk.mp3 | Missy Elliot Ft Ludacris | 1,834KB | Audio |
| mikerunne@KaZaA | Parodies - Wierd Al Yankovic - My Fart Will Go On.MP3 | Weird Al Yankovich | 1,038KB | Audio |
| mikerunne@KaZaA | 08 My Heart Will Go On (Love Theme From Titanic).wma | Unknown | 2,235KB | Audio |
| mikerunne@KaZaA | Disturbed - Intoxication.mp3 | Disturbed | 3,064KB | Audio |
| mikerunne@KaZaA | Comedy Weird Al - I hate Big Butts.mp3 | Parodies and funny stuff | 1,452KB | Audio |
| mikerunne@KaZaA | POD - Alive.mp3 | POD | 3,156KB | Audio |
| mikerunne@KaZaA | Outkast - Aint Nothing But A Chicken Wing.mp3 | Outkast | 5,304KB | Audio |
| mikerunne@KaZaA | Parodies - Coca-Cola - Smoke A Bowl.mp3 | Coca Cola - | 2,394KB | Audio |
| mikerunne@KaZaA | JEFF FOXWORTHY-A Red Neck Jokes.mp3 | Jeff Foxworthy | 3,253KB | Audio |

Found 816 files | 86,285 users online, sharing 75,065,703 files (418,448 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| mikerunne@KaZaA | Jeff Foxworthy -Red Neck Jokes.mp3 | Jeff Foxworthy | 3,253KB | Audio |
| mikerunne@KaZaA | SouthPark - The Penis Song.mp3 | South Park | 704KB | Audio |
| mikerunne@KaZaA | Mad TV - Living La Vida Homo.mp3 | Comedy | 1,656KB | Audio |
| mikerunne@KaZaA | Parodies.kpl | Adam Sandler | 1KB | |
| mikerunne@KaZaA | DJ Danny D - Z 103.5 DJ Danny D Mix.mp3 | DJ Danny D | 4,756KB | Audio |
| mikerunne@KaZaA | Parodies-Baha Men - Who Let The Cows Out.mp3 | Baha Men | 654KB | Audio |
| mikerunne@KaZaA | 50 Cents- In The Club.wma | 50 Cents | 601KB | Audio |
| mikerunne@KaZaA | oa-yugioh-op.asf | Yu-Gi-Oh | 2,410KB | Video |
| mikerunne@KaZaA | Funk - Emerging Artists.kpl | Unknown | 0KB | |
| mikerunne@KaZaA | Hip-Hop - Emerging Artists.kpl | Unknown | 0KB | |
| mikerunne@KaZaA | Pop Rock - Emerging Artists.kpl | Jay Quinn Band | 0KB | |
| mikerunne@KaZaA | RB - Emerging Artists.kpl | Unknown | 0KB | |
| mikerunne@KaZaA | Electronica - Emerging Artists.kpl | Unknown | 0KB | |
| mikerunne@KaZaA | Track 19.mp3 | Ja Rule | 1,576KB | Audio |
| mikerunne@KaZaA | Dragon Ball Z - Piccolo's Theme.mp3 | A | 4,168KB | Audio |
| mikerunne@KaZaA | Trapt - Promise.mp3 | Trapt | 5,381KB | Audio |
| mikerunne@KaZaA | ozma - Baseball.mp3 | Ozma | 6,518KB | Audio |
| mikerunne@KaZaA | 03-trapt-echo-pms.mp3 | Trapt | 6,483KB | Audio |
| mikerunne@KaZaA | Jewish Barbie Girl.mp3 | Parodies | 3,143KB | Audio |
| mikerunne@KaZaA | ZZ Top - Bad To The Bone.mp3 | ZZ Top | 2,916KB | Audio |
| mikerunne@KaZaA | ZZ Top - Bad To The Bone (1).mp3 | ZZ Top | 2,916KB | Audio |
| mikerunne@KaZaA | hound dog.mp3 | Elvis Presley | 1,596KB | Audio |
| mikerunne@KaZaA | jailhouse rock.mp3 | Elvis Presley | 1,750KB | Audio |
| mikerunne@KaZaA | Aerosmith - Dont Wanna Close My Eyes.mp3 | Aerosmith | 4,640KB | Audio |
| mikerunne@KaZaA | Dragon Ball Z - SSJ2 Gohan Vs. Perfect Cell.mp3 | A | 1,928KB | Audio |
| mikerunne@KaZaA | YU-GI-OH!.WMV | C POWER | 2,649KB | Video |
| mikerunne@KaZaA | Yugioh! - _Duel_Madness.mp3 | Various | 3,031KB | Audio |
| mikerunne@KaZaA | SOUNDTRACK-WWF The Rock Says.mp3 | WWF | 3,030KB | Audio |
| mikerunne@KaZaA | Green Jelly - Chewbacca What A Wookie.mp3 | Weird Al Yankovic | 1,688KB | Audio |

Found 816 files | 86,285 users online, sharing 75,065,703 files (418,448 GB) | Not sharing any files

## Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Traffic | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| mikerunne@KaZaA | Green Jelly - Chewbacca, What A Wookie.mp3 | Weird Al Yankovic | 1,688KB | Audio |
| mikerunne@KaZaA | Godsmack-Faceless-releasing the demons.mp3 | Godsmack | 1,599KB | Audio |
| mikerunne@KaZaA | Godsmack-Faceless-releasing the demons (1).mp3 | Godsmack | 2,812KB | Audio |
| mikerunne@KaZaA | WWE - HBK Shawn Michaels.mp3 | WWE | 2,202KB | Audio |
| mikerunne@KaZaA | xzibit_ft_m.o.p.-bring_it-ego.mp3 | Xzibit Ft M.O.P. | 5,810KB | Audio |
| mikerunne@KaZaA | bob seger - Drift Away.mp3 | Bob Seiger | 672KB | Audio |
| mikerunne@KaZaA | Beatles_Rolling Stones - Drift Away (rare).mp3 | beatles | 5,862KB | Audio |
| mikerunne@KaZaA | wm2.mpeg | WWE Divas | 751KB | Video |
| mikerunne@KaZaA | Imature - Look Into Your Eyes.mp3 | Immature | 2,816KB | Audio |
| mikerunne@KaZaA | Immature - LOOK INTO YOUR EYES.mp3 | Imx | 3,716KB | Audio |
| mikerunne@KaZaA | Invader Zim - Doom Song.mp3 | Invader Zim | 315KB | Audio |
| mikerunne@KaZaA | Third Eye Blind - How's It Going To Be.mp3 | Third Eye Blind | 2,824KB | Audio |
| mikerunne@KaZaA | Michelle Branch_Santana - Game Of Love.mp3 | Michelle Branch Feat. Car... | 4,794KB | Audio |
| mikerunne@KaZaA | 02 - Thugz Mansion.mp3 | 2Pac | 4,140KB | Audio |
| mikerunne@KaZaA | Parodies - Wierd Al Yankovich - Elmer Fudd - I'm Too Sexy... | Weird Al | 845KB | Audio |
| mikerunne@KaZaA | 03-staind-so_far_away-rns.mp3 | Evolution | 5,748KB | Audio |
| 2 Users | Billy Fury - I'm Lost Without You.mp3 | Billy Fury | 3,128KB | Audio |
| mikerunne@KaZaA | 03 - Lonestar - Not A Day Goes By.wma | Lone Star | 1,965KB | Audio |
| mikerunne@KaZaA | Ludacris-I wanna lick you.mp3 | Ludacris | 3,264KB | Audio |
| mikerunne@KaZaA | Disturbed - Want.mp3 | Disturbed | 2,712KB | Audio |
| mikerunne@KaZaA | Nickelback - Someday (2).mp3 | Nickelback | 3,206KB | Audio |
| mikerunne@KaZaA | Cold - Stupid Girl (2).mp3 | Cold | 4,451KB | Audio |
| mikerunne@KaZaA | evanescence-Fallen-going under-01.mp3 | evanescence | 3,533KB | Audio |
| mikerunne@KaZaA | Ludacris - Roll Out (1).mp3 | Ludacris | 1,207KB | Audio |
| mikerunne@KaZaA | I wish.mp3 | Jo Dee Messina | 5,011KB | Audio |
| mikerunne@KaZaA | 50 cent - pimp [remix, Feat. snoop dogg].mp3 | 50 Cent ft Snoop | 3,611KB | Audio |
| mikerunne@KaZaA | 50 Cent,Eminem_Busta Rhymes - Hail Mary (Full Version)... | 50 Cent | 4,947KB | Audio |
| mikerunne@KaZaA | nickleback - someday.mp3 | Nickelback | 3,206KB | Audio |
| mikerunne@KaZaA | 02 - The Anthem.mp3 | Good Charlotte | 2,716KB | Audio |

Found 816 files | 86,285 users online, sharing 75,065,703 files (418,448 GB) | Not sharing any files

**Kazaa [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| mikerunne@KaZaA | 02 - The Anthem.mp3 | Good Charlotte | 2,116KB | Audio |
| mikerunne@KaZaA | 01 - Papercut.mp3 | Linkin Park | 2,234KB | Audio |
| 2 Users | POD-Youth Of The Nation (1).mp3 | P.O.D. | 3,040KB | Audio |
| mikerunne@KaZaA | 02-in this skin-with you-jessica simpson.mp3 | jessica simpson | 3,393KB | Audio |
| mikerunne@KaZaA | (02) Jessica Simpson - With You.wma | Jessica Simpson | 1,898KB | Audio |
| mikerunne@KaZaA | New Artist (1) - Track06.mp3 | Good Charlotte | 2,869KB | Audio |
| mikerunne@KaZaA | jessica simpson-with you-in this skin (1).mp3 | jessica simpson | 2,334KB | Audio |
| mikerunne@KaZaA | jessica simpson-with you-in this skin.mp3 | jessica simpson | 1,881KB | Audio |
| mikerunne@KaZaA | Martina McBride - This Ones For The Girls.wma | Martina McBride | 1,918KB | Audio |
| mikerunne@KaZaA | Lonestar - Not A Day Goes By.wav | Lonestar | 970KB | Audio |
| mikerunne@KaZaA | IHateEverythingAboutYou.wma | Three Days Grace | 587KB | Audio |
| mikerunne@KaZaA | Reba McIntire - I'll Be.mp3 | Reba McEntire | 4,261KB | Audio |
| mikerunne@KaZaA | 01 - Ready To Run.mp3 | Dixie Chicks | 2,798KB | Audio |
| mikerunne@KaZaA | Martina Mcbride - Loves the Only House (1).mp3 | Martina McBride | 1,717KB | Audio |
| mikerunne@KaZaA | 5... Perfect.mp3 | Sara Evans | 3,799KB | Audio |
| mikerunne@KaZaA | 023_nickelback - someday (1).mp3 | Nickelback | 3,206KB | Audio |
| mikerunne@KaZaA | Martina McBride - Loves the Only House.wma | Martina McBride | 4,951KB | Audio |
| mikerunne@KaZaA | fuel-Falls on me-natural selection.mp3 | fuel | 5,295KB | Audio |
| mikerunne@KaZaA | Brooks And Dunn - You Can't Take The Honky Tonk.wma | Brooks And Dunn | 2,187KB | Audio |
| mikerunne@KaZaA | Reba MacEntire - I'll Be.mp3 | Reba McEntire | 3,890KB | Audio |
| mikerunne@KaZaA | kenny chesney-new album-there goes my life.mp3 | kenny chesney | 7,622KB | Audio |
| mikerunne@KaZaA | Sara Evans - Perfect.mp3 | Sarah Evans | 5,669KB | Audio |
| mikerunne@KaZaA | 01-nick_cannon_feat._r.mp3 | Nick Cannon Feat. R. Kelly | 5,425KB | Audio |
| mikerunne@KaZaA | ACDC - Back In Black.mp3 | AC/DC | 2,372KB | Audio |
| mikerunne@KaZaA | ACDC - RockN'Roll Damnation.mp3 | AC/DC | 3,392KB | Audio |
| mikerunne@KaZaA | toby keith - i love this bar.mp3 | Toby Keith | 4,871KB | Audio |
| mikerunne@KaZaA | = Saliva - Click Click Boom.mp3 | Saliva | 9,944KB | Audio |
| mikerunne@KaZaA | ruben studdard-soulful-sorry 2004.mp3 | ruben studdard | 5,774KB | Audio |
| mikerunne@KaZaA | Linkin Park - Faint.mp3 | Linkin Park | 2,533KB | Audio |

Found 816 files | 86,285 users online, sharing 75,065,703 files (418,448 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | Traffic | Shop | Tell A Friend

New search | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| mikerunne@KaZaA | Linkin Park - Faint.mp3 | Linkin Park | 2,583KB | Audio |
| mikerunne@KaZaA | linkin park-meteora-Faint.mp3 | linkin park | 4,080KB | Audio |
| mikerunne@KaZaA | Lonestar -- Not A Day Goes By.wma | Lonestar | 1,961KB | Audio |
| mikerunne@KaZaA | Slow Songs - I love the way you love me.mp3 | Country | 3,558KB | Audio |
| mikerunne@KaZaA | d12 - my band (ft eminem) (7).mp3 | D-12 | 6,144KB | Audio |
| mikerunne@KaZaA | Ruben Studdard-Flying Without Wings.wma | Ruben Studdard | 5,315KB | Audio |
| mikerunne@KaZaA | Ruben Studded-Im sorry.wma | Ruben Studdard | 2,577KB | Audio |
| mikerunne@KaZaA | 02 This Love.wma | Maroon 5 | 1,635KB | Audio |
| mikerunne@KaZaA | 07 Figured You Out.wma | Nickelback | 1,808KB | Audio |
| mikerunne@KaZaA | Weird Al Yankovich- Gilligan's Island (Titanic Parody).mp3 | Parody | 2,198KB | Audio |
| mikerunne@KaZaA | Lying from You.mp3 | Linkin Park | 1,196KB | Audio |
| mikerunne@KaZaA | Usher - Burn.wma | Usher | 1,041KB | Audio |
| mikerunne@KaZaA | Audio - Alternative Rock.kpl | Unknown | 0KB | |
| mikerunne@KaZaA | Audio - Barrington Levy.kpl | Barrington Levy | 1KB | |
| mikerunne@KaZaA | Audio - Electronica.kpl | Unknown | 0KB | |
| mikerunne@KaZaA | Audio - Folk.kpl | Unknown | 0KB | |
| mikerunne@KaZaA | Audio - Funk.kpl | Unknown | 0KB | |
| mikerunne@KaZaA | Audio - Hip Hop.kpl | Unknown | 1KB | |
| mikerunne@KaZaA | (10) Andre 3000 - Roses.wma | Outkast | 3,643KB | Audio |
| mikerunne@KaZaA | Audio - Jazz.kpl | Unknown | 0KB | |
| mikerunne@KaZaA | Audio - Pop Rock.kpl | Unknown | 0KB | |
| mikerunne@KaZaA | Audio - RB.kpl | Unknown | 0KB | |
| mikerunne@KaZaA | Audio - Reggae.kpl | Unknown | 0KB | |
| mikerunne@KaZaA | Just Like You - 3 Days Grace.wma | Three Days Grace | 1,491KB | Audio |
| mikerunne@KaZaA | 09 How Come (1).wma | D-12 | 3,925KB | Audio |
| mikerunne@KaZaA | 02 _ Disturbed _ Liberate _ Not Blank!.mp3 | Disturbed | 3,713KB | Audio |
| mikerunne@KaZaA | Creed - My Own Prison.mp3 | Creed | 4,657KB | Audio |
| mikerunne@KaZaA | Ozzy Osborne - Hell Raiser.mp3 | Ozzy Osborne | 4,586KB | Audio |
| mikerunne@KaZaA | Ozzy Osborne - Over the Mountain.mp3 | Ozzy Osbourne | 4,235KB | Audio |

Found 816 files | 86,285 users online, sharing 75,065,703 files (418,448 GB) | Not sharing any files

K Kazaa - [Start]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | New search | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| mikerunne@KaZaA | Ozzy Osborne - Over the Mountain.mp3 | Ozzy Osbourne | 4,236KB | Audio |
| mikerunne@KaZaA | 4 - Chingy - Right Thurr Remix Ft. Trina. JD.mp3 | Chingy | 4,805KB | Audio |
| mikerunne@KaZaA | Jack Ass Stunt.mpg | jackass | 753KB | Video |
| mikerunne@KaZaA | Jay-Z- H to the Izzo.mp3 | Jay-Z | 3,768KB | Audio |
| mikerunne@KaZaA | metallica - hunger.mp3 | Metallica | 5,312KB | Audio |
| mikerunne@KaZaA | Big Punn - It's so hard (1).mp3 | Big Pun | 2,447KB | Audio |
| mikerunne@KaZaA | Creed - Young Grow Old (1).mp3 | WWF Forceable Entry | 3,332KB | Audio |
| mikerunne@KaZaA | Ja Rule - Race against time.mp3 | Ja Rule | 3,322KB | Audio |
| mikerunne@KaZaA | Exit Wounds - DMX - Aint No Sunshine - .mp3 | DMX | 4,065KB | Audio |
| mikerunne@KaZaA | Adam Sandler - Piece of Shit Car.mp3 | Adam Sandler | 3,686KB | Audio |
| mikerunne@KaZaA | Disturbed - Liberate.mp3 | Disturbed | 3,210KB | Audio |
| mikerunne@KaZaA | Sir Mix A Lot - I Like Big Butts.mp3 | Sir Mix A Lot | 3,080KB | Audio |
| mikerunne@KaZaA | PIECE of shit car- Adam Sandler.mp3 | ADAM SANDLER | 3,677KB | Audio |
| mikerunne@KaZaA | South Park - Cartman And Pals - Kyle's Mom.mp3 | Southpark | 1,180KB | Audio |
| mikerunne@KaZaA | Kid Rock - Bawitaba.mp3 | Kid Rock | 4,156KB | Audio |
| mikerunne@KaZaA | 02-lil_flip_and_david_banner-like_a_pimp-atx.mp3 | Lil Flip and David Banner | 5,776KB | Audio |
| mikerunne@KaZaA | Comedy Adam Sandler - Baby Got Back [remix].mp3 | Adam Sandler | 2,614KB | Audio |
| mikerunne@KaZaA | Adam Sandler - Prank Phone Call.mp3.mp3 | Adam Sandler | 1,907KB | Audio |
| mikerunne@KaZaA | Adam Sandler - Lunchlady Land.mp3 | Adam Sandler | 1,767KB | Audio |
| 2 Users | Cledus T Judd - Goodbye Squirrel.mp3 | Cledus T. Judd | 3,727KB | Audio |
| mikerunne@KaZaA | Adam Sandler- Billy Madison Victory Song.mp3 | Adam Sandler | 1,530KB | Audio |
| mikerunne@KaZaA | Adam Sandler - I Like Big Butts.mp3 | Adam Sandler | 2,365KB | Audio |
| mikerunne@KaZaA | Comedy - Adam Sandler - Piece of Shit Car.mp3 | Adam Sandler_David Sp... | 2,760KB | Audio |
| mikerunne@KaZaA | Comedy - Adam Sandler - Piece of Shit Car (1).mp3 | Adam Sandler | 2,956KB | Audio |
| mikerunne@KaZaA | Creed - My Sacrifice (ORIGINAL VERSION).mp3 | Creed | 1,474KB | Audio |
| mikerunne@KaZaA | Bin Laden song(dayo).mp3 | Adam Sandler | 2,383KB | Audio |
| mikerunne@KaZaA | Adam Sandler - Kermit And Big Bird Get Stoned.mp3 | Adam Sandler | 5,233KB | Audio |
| mikerunne@KaZaA | Adam Sandler - Operaman - I Hate Bin Ladin (concert for n... | Spongebob Squarepants | 1,148KB | Audio |

Found 816 files | 86,285 users online, sharing 75,065,703 Files (418,448 GB) | Not sharing any files

# Kazaa - Search

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | New search | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| mikerunne@KaZaA | Sweet Victory - Spongebob Squarepants (1).mp3 | Spongebob Squarepants | 1,448KB | Audio |
| mikerunne@KaZaA | Ludacris ft.mp3 | Ludacris ft. Nate Dogg | 3,514KB | Audio |
| mikerunne@KaZaA | Alien Ant Farm - Smooth Criminal.mp3 | Alien Ant Farm | 3,468KB | Audio |
| mikerunne@KaZaA | Adam Sandler - Kermit_Big Bird Stoned.mp3 | Adam Sandler | 1,017KB | Audio |
| mikerunne@KaZaA | Offspring - Keep 'Em Seperated (1).mp3 | Offspring | 3,122KB | Audio |
| mikerunne@KaZaA | foreigner - Your As Cold As Ice.mp3 | Foreigner | 2,106KB | Audio |
| mikerunne@KaZaA | Elton John - Candle in the Wind (Princess Diana's Funeral)... | Elton John | 3,711KB | Audio |
| mikerunne@KaZaA | Foreigner - Cold As Ice.mp3 | Foreigner | 3,155KB | Audio |
| mikerunne@KaZaA | Andre 3000 - Hey Ya.mp3 | Outkast | 4,899KB | Audio |
| mikerunne@KaZaA | Beastie Boys feat. Biz Markie - Benny and the jets.mp3 | Beastie Boys | 3,030KB | Audio |
| mikerunne@KaZaA | Coolio - Gangster's Paradise.mp3 | Coolio | 3,773KB | Audio |
| mikerunne@KaZaA | Parody Comedy - Star Wars - Yoda drunk on the set (1).m... | Comedy | 520KB | Audio |
| mikerunne@KaZaA | 02-metallica-st_anger_(album_version)-btb.mp3 | Metallica | 10,342KB | Audio |
| mikerunne@KaZaA | Black Sabbath - Electric Sleep (ultra rare ozzy song..71).m... | Black Sabbath - | 5,366KB | Audio |
| mikerunne@KaZaA | 3 Days Grace - I Hate Everything About You.mp3 | Three Days Grace | 3,676KB | Audio |
| mikerunne@KaZaA | Big Punn - It's so hard (1) (1).mp3 | Big Pun | 2,447KB | Audio |
| mikerunne@KaZaA | nickelback - How you remind me (Acoustic).mp3 | Nickelback | 4,109KB | Audio |
| mikerunne@KaZaA | Ludikrist-Cadillac Grills.mp3 | Ludacris | 4,115KB | Audio |
| mikerunne@KaZaA | [Drowning Pool] Bodies.mp3 | Drowning Pool | 3,531KB | Audio |
| mikerunne@KaZaA | Delta Goodrem - Lost Without You (www.mp3sfinder.com))... | Delta Goodrem (www.mp... | 3,882KB | Audio |
| mikerunne@KaZaA | Papa Roach - She Loves Me Not (1).mp3 | Papa Roach | 5,052KB | Audio |
| mikerunne@KaZaA | LifeHouse-Hangingbyamonument.mp3 | LifeHouse | 2,534KB | Audio |
| mikerunne@KaZaA | 06 Spongebob - F.U.N. Song.mp3 | Sponge Bob Square Pants | 1,587KB | Audio |
| mikerunne@KaZaA | Spongebob Squarepants - Krusty Krab Pizza.WAV | Sponge Bob Square Pants | 10,899KB | Audio |
| mikerunne@KaZaA | Welcome to Atlanta -- Ludacris feat Jermaine Dupri.mp3 | Ludacris Feat JD | 3,152KB | Audio |
| mikerunne@KaZaA | The Fast And The Furious - 02 - Cadillac Tah - Pov City Ant... | The Fast and the Furious | 3,280KB | Audio |
| mikerunne@KaZaA | japan Movie YuGiOh opening.mp3 | Yu-Gi-Oh | 3,056KB | Audio |
| mikerunne@KaZaA | Chingy Ft. Luda - Snoop - Holiday Inn.mp3 | Chingy ft. Snoop_Ludacr... | 4,947KB | Audio |
| mikerunne@KaZaA | Nelly - must be my money.mp3 | Nelly | 3,419KB | Audio |

Found 816 files | 86,285 users online, sharing 75,065,703 files (418,448 GB) | Not sharing any files

| User | Filename | Artist | Size | Media Type |
|---|---|---|---:|---|
| mikerunne@KaZaA | Nellie - must be my money.mp3 | Nelly | 3,419KB | Audio |
| mikerunne@KaZaA | Martina McBride - I Love You.mp3 | Martina McBride | 2,747KB | Audio |
| mikerunne@KaZaA | Nelly - Roc The Mic (Remix).mp3 | Nelly | 4,062KB | Audio |
| mikerunne@KaZaA | Nelly - Ride Wit Me.mp3 | Nelly | 3,420KB | Audio |
| mikerunne@KaZaA | Dragon Ball Z - (comedy) - Vegeta-vs-pikachu.mp3 | Dragon Ball Z | 1,266KB | Audio |
| mikerunne@KaZaA | Nelly-All About the Money.mp3 | Nelly ft. Outkast, DMX, E... | 3,375KB | Audio |
| mikerunne@KaZaA | beginning yugoh.mpeg | Yu-Gi-Oh | 2,284KB | Video |
| mikerunne@KaZaA | Cyprus Hill- Rock Superstar.mp3 | Cypress Hill | 4,388KB | Audio |
| mikerunne@KaZaA | linkin park - The Fast and The Furious Soundtrack.mp3 | Soundtrack | 3,129KB | Audio |
| mikerunne@KaZaA | Big Punn-It's so hard(1).mp3 | Big Pun | 2,447KB | Audio |
| mikerunne@KaZaA | Creed - My Sacrifice (BRAND NEW 10-10-01).mp3 | Creed | 4,681KB | Audio |
| mikerunne@KaZaA | creed - Six Feet From the Edge.mp3 | Creed | 3,722KB | Audio |
| mikerunne@KaZaA | Remember the Titans - Ain't No Mountain High Enough.mp3 | Remember the Titans | 2,324KB | Audio |
| mikerunne@KaZaA | Linkin Park - One Step Closer (live).mpg | Linkin Park. | 3,222KB | Video |
| mikerunne@KaZaA | Vice City Clip - Motorcycle.mov | rockstar games | 5,375KB | Video |
| mikerunne@KaZaA | Third Eye Blind - Semi Charmed Life.mp3 | Third Eye Blind | 3,149KB | Audio |
| mikerunne@KaZaA | gtavc8281.mpg | Rockstar Games | 4,240KB | Video |
| mikerunne@KaZaA | GTA Vice City - Banshee Clip.mov | Rockstar Games | 4,330KB | Video |
| mikerunne@KaZaA | Linkin Park - Cure For The Itch.mp3 | Linkin Park | 2,449KB | Audio |
| mikerunne@KaZaA | Soundtrack - Remember The Titans - Marvin Gaye - Ain't No... | Aint No Mountain High... | 1,728KB | Audio |
| mikerunne@KaZaA | Disturbed - Down With The Sickness.mp3 | Disturbed | 4,356KB | Audio |
| mikerunne@KaZaA | Adam Sandler - Fart Doctor.mp3 | Adam Sandler - Fart Doct... | 6,672KB | Audio |
| mikerunne@KaZaA | Smash Mouth- All Star.mp3 | SMASH MOUTH | 3,159KB | Audio |
| mikerunne@KaZaA | Grand Theft Auto - Vice City - Teaser Trailer.mpg | Rockstar | 11,088KB | Video |
| mikerunne@KaZaA | Ashanti - Unfoolish.mp3 | Ashanti | 1,895KB | Audio |
| mikerunne@KaZaA | The Fast and the Furious - Trailer - Toyota Supra BiTurbo (... | Nelly_St. Lunitics | 4,500KB | Video |
| mikerunne@KaZaA | Grand Theft Auto - Vice City 02 (1).mov | Rockstar | 11,073KB | Video |
| mikerunne@KaZaA | martina mcbride - this ones for the girls.mp3 | Martina McBride | 3,776KB | Audio |
| mikerunne@KaZaA | papa roach - love hate tragedy - m60 (explosive energy m... | Papa Roach | 2,285KB | Audio |

2 Users
Found 816 files    86,285 users online, sharing 75,065,703 Files (418,448 GB)    Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| mikerunne@KaZaA | papa roach - lovehatetragedy - m-80 (explosive energy m... | Papa Roach | 2,286KB | Audio |
| mikerunne@KaZaA | Nelly featuring St. Lunatics and Cedric the Entertainer - Or... | Nelly | 2,900KB | Audio |
| mikerunne@KaZaA | Shagy - It Wanst Me (12).mp3 | Shagy | 3,141KB | Audio |
| mikerunne@KaZaA | Funky music white boy.mp3 | KC The Sunshine Band | 3,768KB | Audio |
| mikerunne@KaZaA | Nelly - 10 - Dilemma Ft Kelly Rowland - simplemp3s (2).mp3 | Nelly | 5,649KB | Audio |
| mikerunne@KaZaA | Eminem_Hailie's Song.mp3 | Eminem | 5,058KB | Audio |
| mikerunne@KaZaA | The Offspring - Hit That.mp3 | The Offspring | 4,019KB | Audio |
| mikerunne@KaZaA | Creed - Higher (WTC remix).mp3 | creed | 3,424KB | Audio |
| mikerunne@KaZaA | Jo Dee Messina - 15 - I Wish.wav | JoDee Messina | 1,244KB | Audio |
| mikerunne@KaZaA | Adam Sandler - I Ran Over The Taco Bell Dog.mp3 | Adam Sandler - I Ran Ove... | 1,172KB | Audio |
| mikerunne@KaZaA | Jim Croce - Bad, Bad Leroy Brown.mp3 | Jim Croce | 2,776KB | Audio |
| mikerunne@KaZaA | Avril Lavigne - Complicated.mp3 | Avril Lavigne | 3,836KB | Audio |
| mikerunne@KaZaA | Christmas - Bing Crosby - Walking In A Winter Wonderland... | Christmas Songs | 2,300KB | Audio |
| mikerunne@KaZaA | Evanesence - So Close.mp3 | Evanescence | 1,844KB | Audio |
| mikerunne@KaZaA | Sean Paul f. Busta Rhymes - Gimmie The Light (remix).mp3 | sean_paul_ft._busta_rh... | 3,126KB | Audio |
| mikerunne@KaZaA | Frank Sinatra - Winter Wonderland.mp3 | Frank Sinatra | 1,979KB | Audio |
| mikerunne@KaZaA | Bing Crosby - White Christmas.mp3 | Bing Crosby | 2,928KB | Audio |
| mikerunne@KaZaA | Christmas Songs - funny - Grandma Got Run Over By A Re... | Alvin And The Chipmunks | 2,549KB | Audio |
| mikerunne@KaZaA | christmas songs - Jon Bon Jovi,Mary J. Blige,Tracy Chapm... | Eric Clapton, Jon Bon Jovi... | 3,032KB | Audio |
| mikerunne@KaZaA | Christmas Songs - Bobby Helms - Jingle Bell Rock.mp3 | Bobby Helms | 2,052KB | Audio |
| mikerunne@KaZaA | Frankie- Fuck You Right Back.mp3 | Frankee | 3,158KB | Audio |
| mikerunne@KaZaA | Rocky Soundtrack - Eye of the Tiger.mp3 | Rocky Soundtrack | 3,128KB | Audio |
| mikerunne@KaZaA | Christmas - Bing Crosby - I'm Dreaming of a White Christm... | Bing Crosby | 2,930KB | Audio |
| mikerunne@KaZaA | Nat King Cole - The Christmas Song - (with Natalie).mp3 | Nat King Cole | 3,482KB | Audio |
| mikerunne@KaZaA | Natalie and Nat King Cole - Unforgettable.mp3 | Nat King Natalie Cole | 3,275KB | Audio |
| mikerunne@KaZaA | Christmas - Elvis Presley - Silver Bells.mp3 | Elvis Presley | 3,261KB | Audio |
| mikerunne@KaZaA | Christmas - Debbie Gibson - Sleigh Ride.mp3 | Christmas | 3,013KB | Audio |
| mikerunne@KaZaA | gun_ruger.mov | Rockstar Games | 3,398KB | Video |
| mikerunne@KaZaA | Nappy Roots - Po' Folks - Watermelon, Chicken, Gritz.mp3 | Nappy Roots | 4,764KB | Audio |

Found 816 files | 86,285 users online, sharing 75,065,703 Files (418,448 GB) | Not sharing any files

# Kazaa - Search

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | Traffic | Shop | Tell A Friend

New search    Search    Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| mikerunne@KaZaA | Nappy Roots - Po' Folks - Watermelon, Chicken_Gritz.mp3 | Nappy Roots | 4,848KB | Audio |
| mikerunne@KaZaA | Martina McBride - 17 Where Would You Be.mp3 | Martina McBride | 4,284KB | Audio |
| mikerunne@KaZaA | Elvis Presley - Blue Christmas.mp3 | Elvis Presley | 2,023KB | Audio |
| mikerunne@KaZaA | Eminem - Without Me (dirty).mp3 | 02-eminem-without_me_(... | 2,347KB | Audio |
| mikerunne@KaZaA | Jay Z and DMX Freestyle (1).MP3 | DMX vs. Jay-Z | 1,070KB | Audio |
| mikerunne@KaZaA | Dj Chintu Hip Hop Megamix - Aaliyah, Big Pun, Nelly, Dr Dr... | Aaliyah | 2,132KB | Audio |
| mikerunne@KaZaA | Eminem - Loose Yourself - Sep 25, 2002 20.53.26 - Sep 27,... | Eminem | 5,184KB | Audio |
| mikerunne@KaZaA | Nightmare Before Christmas - This is Halloween.mp3 | Danny Elfman | 3,065KB | Audio |
| mikerunne@KaZaA | Danny Elfman = The Nightmare Before Christmas - What's ... | Disney | 2,932KB | Audio |
| mikerunne@KaZaA | nightmare before christmas - kidnap the sandy claws.mp3 | Nightmare Before Christm... | 2,845KB | Audio |
| mikerunne@KaZaA | DJ D John and Eminem - Lose Yourself (a KaZaA Exclusive)... | Eminem | 5,099KB | Audio |
| mikerunne@KaZaA | Disturbed - Stupified.mp3 | Disturbed | 4,278KB | Audio |
| mikerunne@KaZaA | missy_elliott-work_it.MP3 | Missy Elliot | 3,984KB | Audio |
| mikerunne@KaZaA | Nude Drunk Amateur Girlfriend Voyeur No Panties Nice Tits... | Porn | 1,074KB | Video |
| mikerunne@KaZaA | Eamon - i dont want you back (1).mp3 | Eamon | 1,725KB | Audio |
| mikerunne@KaZaA | missy_elliott-work_it (1).MP3 | Missy Elliot | 4,362KB | Audio |
| mikerunne@KaZaA | Missy Elliott - Work It (Dirty) (1).mp3 | missy elliott | 4,117KB | Audio |
| mikerunne@KaZaA | Eminem - With Out Me.mp3 | Eminem | 4,046KB | Audio |
| mikerunne@KaZaA | Funny Stuff - Pokemon Thong Song .mp3 | Wierd Al Yankovic | 1,065KB | Audio |
| mikerunne@KaZaA | 07 AirForce Ones.mp3 | Nelly | 5,952KB | Audio |
| mikerunne@KaZaA | RAP Parody - Sisco's - Mexican Thong Song.mp3 | Cheech and Chong | 1,260KB | Audio |
| mikerunne@KaZaA | Mad TV - Please Don't Wear That Thong (VERY FUNNY PA... | Saturday Night Live _Ji... | 1,760KB | Audio |
| mikerunne@KaZaA | 01 - Eminem-8 mile soundtrackNo Loops! (1).mp3 | Eminem | 3,868KB | Audio |
| mikerunne@KaZaA | Queen - We Will Rock You.mp3 | Queen | 1,902KB | Audio |
| mikerunne@KaZaA | Dragon Ball Z - Perfect Cell Theme (Techno Remix).mp3 | Dragonball Z | 3,452KB | Audio |
| mikerunne@KaZaA | Sisqo f, Big Pun, Drag-On, Redman ,Meth.Man - Thong S... | Sisqo feat. Big Pun _other | 3,859KB | Audio |
| mikerunne@KaZaA | The Who - Boris The Spider.mp3 | The Who | 2,334KB | Audio |
| mikerunne@KaZaA | Evanescence - Bring Me To Life.mp3 | WWE PPV Theme | 3,710KB | Audio |
| mikerunne@KaZaA | YU-GI-OH! Let the bodies Hit the Floor.WMV | Unknown | 2,574KB | Video |

Found 816 files | 86,285 users online, sharing 75,065,703 files (418,448 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download

New search | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| mikerunne@KaZaA | Yu Gi Oh- Let the Bodies Hit the Floor.WMV | Unknown | 2,574KB | Video |
| mikerunne@KaZaA | Steven Lynch - Special Fred (my best friend) (1).mp3 | Steven Lynch | 3,215KB | Audio |
| mikerunne@KaZaA | Blink-182's Mark Hoppus - My special Friend(live).mp3 | | 1,814KB | Audio |
| mikerunne@KaZaA | Lee Greenwood - Proud to be an American.mp3 | Lee Greenwood | 1,308KB | Audio |
| mikerunne@KaZaA | Opie and Anthony - Steven Lynch - Special Olympics.mp3 | Stephen Lynch | 1,534KB | Audio |
| mikerunne@KaZaA | World Trade Center - God Bless The USA - Sept 11 remake.. | WTC Sept. 11 Remake | 1,744KB | Audio |
| mikerunne@KaZaA | Chad Kroeger - Hero (1).mp3 | Chad Kroeger (spiderman) | 3,156KB | Audio |
| mikerunne@KaZaA | DJ Sammy - we're in heaven remix 2001.mp3 | DJ Sammy[De Remix] | 3,634KB | Audio |
| mikerunne@KaZaA | Enrique Iglesias - Hero (slow version).mp3 | Enrique Iglesias | 4,049KB | Audio |
| mikerunne@KaZaA | Dj Sammy - Were in heaven.mp3 | Dj Sammy | 2,737KB | Audio |
| mikerunne@KaZaA | Soft-enrique iglesias - Hero (English Version).mp3 | Enrique Iglesias | 4,049KB | Audio |
| mikerunne@KaZaA | Maria Carey - A Hero Lies In You.mp3 | Maria Carey | 4,271KB | Audio |
| mikerunne@KaZaA | maria-cary-Hero(ww.durchbums.de)(chat and more).mp3 | Mariah Carey | 2,543KB | Audio |
| mikerunne@KaZaA | Beam_Yanou - Heaven(Candlelight Remix).mp3 | DJ Sammy | 3,793KB | Audio |
| mikerunne@KaZaA | Rolling Stones - Start Me Up.mp3 | Rolling Stones | 3,357KB | Audio |
| mikerunne@KaZaA | Ja Rule feat Ashanti_vita - Down Wit U.mp3 | Ja Rule, Ashanti, Vita, Lil'... | 3,745KB | Audio |
| mikerunne@KaZaA | Ja Rule (feat. Vita) - Rule 3 36 - Put It On Me.mp3 | Ja Rule | 4,106KB | Audio |
| mikerunne@KaZaA | Fat Joe - Whats Love feat. Ja Rule and Ashanti (09).mp3 | Fat Joe, Ja Rule and Ash... | 6,264KB | Audio |
| mikerunne@KaZaA | Fat Joe feat R.Kelly - We Be Thuggin.mp3 | Fat Joe feat. R. Kelly | 3,127KB | Audio |
| mikerunne@KaZaA | JA RULE - LIVIN' IT UP (ft.mp3 | Ja Rule | 3,868KB | Audio |
| mikerunne@KaZaA | Ashanti - The Pledge.mp3 | Ashanti Feat. Nas_Ja Ru... | 3,694KB | Audio |
| 2 Users | Dragonball Z - Comedy - Zim acts out DBZ.mp3 | Dragonball Z | 1,621KB | Audio |
| mikerunne@KaZaA | keith murray, mobb deep, fat joe, foxy brown _ll cool j - i... | K.Murray,MobbDeep,Fat... | 4,724KB | Audio |
| mikerunne@KaZaA | Clint Black_Lisa Hartman Black - When I Said I Do (1).mp3 | Clint Black_Lisa Hartman | 4,228KB | Audio |
| mikerunne@KaZaA | Jungle Brothers - Freakin' You Baby.mp3 | Jungle Brothers | 5,842KB | Audio |
| mikerunne@KaZaA | Country - Clint Black and Lisa Hartman Black - When I Said I... | Clint Black | 4,222KB | Audio |
| mikerunne@KaZaA | Michelle Branch - Everywhere.mp3 | Michelle Branch | 3,437KB | Audio |
| mikerunne@KaZaA | michelle branch - All You Ever Wanted.mp3 | Michelle Branch | 3,400KB | Audio |
| mikerunne@KaZaA | michelle branch - second chances.mp3 | Michelle Branch | 3,586KB | Audio |

Found 816 files | 86,285 users online, sharing 75,065,703 files (418,448 GB) | Not sharing any files