# Kazaa - [Search]

File | View | Player | Tools | Actions | Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| mikerunne@KaZaA | michelle branch - second chances.mp3 | Michelle Branch | 3,586KB | Audio |
| mikerunne@KaZaA | Ashanti - Don't mess with my man.mp3 | Nivea Featuring Jagged E... | 3,367KB | Audio |
| mikerunne@KaZaA | nivea - Don't Mess With My Man ft Jagged Edge.mp3 | Nivea | 2,526KB | Audio |
| mikerunne@KaZaA | Nivea Ft. Jagged Edge - Don't Mess With My Man (Version ... | Nivea f/Jagged Edge | 3,412KB | Audio |
| mikerunne@KaZaA | Lucy Pearl - Don't mess with my man (1).mp3 | Nivea Featuring Jagged E... | 3,367KB | Audio |
| mikerunne@KaZaA | nivea ft. jagged edge - don't mess with my man.mp3 | Nivea feat. Jagged Edge | 4,191KB | Audio |
| mikerunne@KaZaA | Sean Paul Ft Busta Rhymes - Gimme The Light Remix.mp3 | Sean Paul (ft. Busta Rhy... | 1,563KB | Audio |
| mikerunne@KaZaA | Sean Paul - Gimme Tha Light.mp3 | Sean Paul | 3,433KB | Audio |
| mikerunne@KaZaA | Sean Paul ft Busta Rhymes - Gimme The Light (rmx).mp3 | sean_paul_ft._busta_rh... | 3,127KB | Audio |
| mikerunne@KaZaA | 50 Cent F. Snoop Dogg_Don Magic Juan - Pimp Remix.mp3 | 50 Cent | 4,489KB | Audio |
| mikerunne@KaZaA | Avril Lavigne - Complicated (WHOLE SONG!).mp3 | Avril Lavigne - Complicate... | 3,875KB | Audio |
| mikerunne@KaZaA | Rolling Stones - Start Me Up_(1).mp3 | Rolling Stones | 4,192KB | Audio |
| mikerunne@KaZaA | Christmas Songs - Burl Ives - Holly Jolly Christmas.mp3 | Burl Ives | 2,117KB | Audio |
| mikerunne@KaZaA | MissyElliot_WorkIt(Remix).mp3 | Missy Elliot | 4,066KB | Audio |
| mikerunne@KaZaA | (05) Justin Timberlake - Cry Me A River.wma | Justin Timberlake | 2,860KB | Audio |
| mikerunne@KaZaA | Justin Timberlake - Cry me a River.mp3 | Justin Timberlake | 3,405KB | Audio |
| mikerunne@KaZaA | Anime Gumi - Memories - Rurouni Kenshin - Linkin Park - Cr... | Rurouni Kenshin | 35,638KB | Video |
| mikerunne@KaZaA | JustinTimberlake - Justified - 05 - cry me a river.mp3 | Justin Timberlake | 6,807KB | Audio |
| mikerunne@KaZaA | DJ Clue - Ruff Ryders Anthem (rmx) - DMX, Jadakiss, Style... | Dmx, Jadakiss, Styles, Dr... | 3,632KB | Audio |
| mikerunne@KaZaA | kids songs-Grinch That Stole Christmas-You're A Mean One... | Dr. Seuss | 2,789KB | Audio |
| mikerunne@KaZaA | MOP - Cold Is Ice.mp3 | M.O.P. | 3,780KB | Audio |
| mikerunne@KaZaA | Avant feat. Destiny's child - Seperated(Remix).mp3 | Avant feat. Kelly Rowland | 5,340KB | Audio |
| mikerunne@KaZaA | MuDvAyNe - 01 - Not Falling.mp3 | MuDvAyNe | 2,948KB | Audio |
| mikerunne@KaZaA | Invader Zim (Special) - Zim does Dragon Ball Z.mp3 | Invader Zim | 1,664KB | Audio |
| mikerunne@KaZaA | Various - Childrens Fun Christmas Songs - 01 - Rudolph the... | Disney | 2,310KB | Audio |
| mikerunne@KaZaA | South Park - Dragonball Parody.mpeg | Funny clips | 3,370KB | Video |
| mikerunne@KaZaA | Chirstmas - Alvin and the Chipmunks - Christmas Song.mp3 | Christmas Songs | 2,218KB | Audio |
| mikerunne@KaZaA | Christmas-Disney - Jolly Old St. Nick.mp3 | 100 Songs For Kids | 1,917KB | Audio |
| mikerunne@KaZaA | NSync - 06 - Dirty Popo.mp3 | NSync | 3,540KB | Audio |

Found 816 files | 86,285 users online, sharing 75,065,703 Files (418,448 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| mikerunne@KaZaA | N'Sync - 03 - Dirty Pop.mp3 | Nsync | 3,346KB | Audio |
| mikerunne@KaZaA | Outcast - I'm Sorry Mrs. Jackson.mp3 | Outcast | 801KB | Audio |
| mikerunne@KaZaA | Christmas Songs - 07. Frosty The Snowman.mp3 | Bing Crosby | 2,200KB | Audio |
| mikerunne@KaZaA | Various - Childrens Fun Christmas Songs - 01 - Rudolph the... | Disney | 2,310KB | Audio |
| mikerunne@KaZaA | Sorry Bin Laden.mp3 | Miss Jackson parody | 2,758KB | Audio |
| mikerunne@KaZaA | Dean Martin - Rudolph The Red-Nosed Reindeer (christmas... | Christmas Music | 2,088KB | Audio |
| mikerunne@KaZaA | Jennifer Lopez - Jenny From The Block (1).mp3 | JLo_Lox | 4,076KB | Audio |
| mikerunne@KaZaA | Jlo with Rap (2).mp3 | J Lo_Lox | 2,037KB | Audio |
| mikerunne@KaZaA | Christmas-Mariah Carey-Santa claus is coming to town.mp3 | Christmas Songs - Mariah... | 3,188KB | Audio |
| mikerunne@KaZaA | J Lo - Jenny From The Block.mp3 | JLO | 2,634KB | Audio |
| mikerunne@KaZaA | Nappy Roots - Aw Naw.mp3 | Nappy Roots | 3,780KB | Audio |
| mikerunne@KaZaA | Why Dont We Fall In Love.mp3 | Amerie featuring Ludacris | 3,268KB | Audio |
| mikerunne@KaZaA | Nelly_St._Lunatics - Summer in Da City.mp3 | St. Lunatics Feat Nelly and.. | 4,318KB | Audio |
| mikerunne@KaZaA | 12_Nelly_Nellyville_Air_Force_Ones.mp3 | Nelly | 4,751KB | Audio |
| mikerunne@KaZaA | Nelly - 07 - Air Force Ones - music-madness.wma | Nelly | 3,594KB | Audio |
| mikerunne@KaZaA | Commodores - Brick House.mp3 | Commodores | 3,375KB | Audio |
| mikerunne@KaZaA | Pink Floyd - Another Brick in the Wall.mp3 | Pink Floyd | 5,362KB | Audio |
| mikerunne@KaZaA | Outkast - So Fresh and Clean.mp3 | Outkast | 3,911KB | Audio |
| mikerunne@KaZaA | outkast - So Fresh And So Clean.mp3 | Outkast | 3,917KB | Audio |
| mikerunne@KaZaA | B2K ft P. Diddy - Bump, Bump, Bump, Bump.mp3 | B2K ft P. Diddy | 3,578KB | Audio |
| mikerunne@KaZaA | Bin Laden In The Morning.mp3 | History | 874KB | Audio |
| mikerunne@KaZaA | Oh Taliban.mp3 | The Band | 948KB | Audio |
| mikerunne@KaZaA | Jerky Boys - Tennis Ball Machine Accident.mp3 | Jerky Boys | 1,020KB | Audio |
| mikerunne@KaZaA | comedy-Crocodile hunter vs Osama Bin Laden .mp3 | osama bin laden | 1,471KB | Audio |
| mikerunne@KaZaA | Bin Laden - arabic rap 2001 (1).mp3 | funny songs | 581KB | Audio |
| mikerunne@KaZaA | Osama Bin Laden parody cnn.mp3 | The Offspring | 2,733KB | Audio |
| mikerunne@KaZaA | DMX vs Osama bin Laden.mp3 | DMX | 3,351KB | Audio |
| mikerunne@KaZaA | Weird Al Yankovitch - Bin Laden boat song.mp3 | Weird Al Yankovich | 1,930KB | Audio |
| mikerunne@KaZaA | Foul Kiss - Sorry Bin Laden.mp3 | Foulkast | 1,451KB | Audio |

Found 816 files | 86,285 users online, sharing 75,065,703 files (418,446 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

| Web | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend |

Search Field

New search

| User | Filename | Size | Media Type | Artist |
|---|---|---|---|---|
| mikerunne@KaZaA | Foutkast - Sorry Bin Laden.mp3 | 1,151KB | Audio | Foutkast |
| mikerunne@KaZaA | Baha Men - Who Let The Dogs Out.mp3 | 3,083KB | Audio | Baha Men |
| mikerunne@KaZaA | Neptunes Remix - Whats Goin On.mp3 | 4,702KB | Audio | LL Cool J, Lauryn Hill, More |
| mikerunne@KaZaA | Ludacris - Area Codes(1).mp3 | 3,018KB | Audio | Ludacris |
| mikerunne@KaZaA | What's Going On.mp3 | 4,081KB | Audio | All-Star Tribute |
| mikerunne@KaZaA | Wesley Willis - Rock Saddam Hussein's Ass.mp3 | 2,506KB | Audio | Wesley Willis |
| mikerunne@KaZaA | Youth Of A Nation Vid.mpg | 3,253KB | Video | POD |
| mikerunne@KaZaA | Dbz Comedy - Krillin Prank Call.mp3 | 617KB | Audio | Invader Zim |
| mikerunne@KaZaA | 75 GIR sayings.mp3 | 3,959KB | Audio | Invader Zim |
| mikerunne@KaZaA | Ego 'n Company - Pokemon in a Nutshell (Hilarious) (1).mp3 | 1,224KB | Audio | |
| mikerunne@KaZaA | Four None Blondes - Whats Goin On.mp3 | 4,608KB | Audio | Four Non Blondes |
| mikerunne@KaZaA | stupidarab.mp3 | 598KB | Audio | Adam Sandler |
| mikerunne@KaZaA | Dark Kamul - DragonBall Z - vegeta.mpg | 39,739KB | Video | Linkin Park |
| mikerunne@KaZaA | Osama bin Laden, Taliban, WTC - Comedy - BBQ Bin Laden… | 2,702KB | Audio | Funny songs |
| mikerunne@KaZaA | Jimmy Eat World - Bleed American - 03 - The Middle.mp3 | 2,267KB | Audio | Jimmy Eat World |
| mikerunne@KaZaA | artist - Baha Men - scooby D.mp3 | 2,713KB | Audio | Baha Men |
| mikerunne@KaZaA | Bahamen - Who Let The Dogs Out.mp3 | 1,344KB | Audio | Baha Men |
| mikerunne@KaZaA | Adam Sandlers - Uses Of The Word Fuck.mp3 | 997KB | Audio | Adam Sandler |
| mikerunne@KaZaA | Ludacris Feat. Nate Dogg- Area Code.mp3 | 3,516KB | Audio | Ludacris F. Nate Dogg |
| mikerunne@KaZaA | Ludacris_Nate Dogg - Area Codes (Dirty).mp3 | 3,270KB | Audio | Ludacris (ft. Nate Dogg) |
| mikerunne@KaZaA | Avril Lavigne - Let Go - 03 - Skater Boy.wma | 1,631KB | Audio | Avril Lavigne |
| mikerunne@KaZaA | Puddle Of Mudd - 2001 - Come Clean - 06 - She Hates Me… | 4,251KB | Audio | Puddle Of Mudd |
| mikerunne@KaZaA | [Shania Twain] - Im gonna getcha good .mp3 | 3,810KB | Audio | Shania Twain |
| mikerunne@KaZaA | Jimmy Eat World - The Middle.mp3 | 3,260KB | Audio | Jimmy Eat World |
| mikerunne@KaZaA | 100 songs for kids- Elmo's Rap Alphabet.mp3 | 1,418KB | Audio | 100 Songs For Kids |
| mikerunne@KaZaA | Missy Elliot Feat.MC Solar - All In My Grill.mp3 | 4,280KB | Audio | Missy Elliot ft Outkast |
| mikerunne@KaZaA | Eminem_8 Mile _That's My Nigga For Real latest.mp3 | 4,447KB | Audio | Eminem |
| mikerunne@KaZaA | Raffi - He's Got The Whole World.mp3 | 800KB | Audio | Childrens Music |
| mikerunne@KaZaA | Kidz bopp- Livin La Vida Loca.mp3 | 3,624KB | Audio | Kids Bopp |

Found 816 files | 86,285 users online, sharing 75,065,703 Files (418,448 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | | | Search Field

| User | Filename | Size | Media Type | Artist |
|---|---|---|---|---|
| mikerunne@KaZaA | kidz bop - Livin' La Vida Loca.mp3 | 3,674KB | Audio | Kids Bop |
| mikerunne@KaZaA | Enrique Englasías - Escape.mp3 | 3,261KB | Audio | Enrique Iglesias |
| mikerunne@KaZaA | No Secrets - Kids In America (1).mp3 | 2,910KB | Audio | Kidz Bop Kids |
| mikerunne@KaZaA | LOSE YOURSELF - eminem - 8 mile soundtrack.mp3 | 3,821KB | Audio | Eminem |
| mikerunne@KaZaA | fly away (1).mp3 | 3,588KB | Audio | Kidz Bop Kids |
| mikerunne@KaZaA | (Weird Al) - Britany - Make My Boobies One More Size.mp3 | 3,153KB | Audio | Britany Spears |
| mikerunne@KaZaA | Cledus T. Judd - What The hell Did You Say.mp3 | 3,678KB | Audio | Cledus T. Judd |
| mikerunne@KaZaA | parodies - Simpsons Homers Beer Song (2).mp3 | 622KB | Audio | Comedy |
| mikerunne@KaZaA | Cledus T. Judd - Walkin' With My Fly Wide Open.mp3 | 1,951KB | Audio | Cledus T. Judd |
| mikerunne@KaZaA | Comedy-Jeff_Foxworthy-Twas_The_Night_After_Christm... | 3,065KB | Audio | Jeff Foxworthy |
| mikerunne@KaZaA | Weird Al Yankovic - Star Wars - My Name is Darth Vader .... | 1,592KB | Audio | Weird Al Yankovic |
| mikerunne@KaZaA | JENNIFER LOPEZ ft.mp3 | 3,978KB | Audio | J.Lo Feat. LL Cool J |
| mikerunne@KaZaA | Comedy - Football Farts.mp3 | 1,299KB | Audio | Adam Sandler |
| mikerunne@KaZaA | Big Pun - Die 4 my niggas.mp3 | 3,848KB | Audio | Big Pun |
| mikerunne@KaZaA | Parodies - Oops, I Did Your Best Friend.mp3 | 2,138KB | Audio | Britney Spears parody |
| mikerunne@KaZaA | Parodies - Slutty.mp3 | 3,206KB | Audio | Jeff Corbett feat. Patrick... |
| mikerunne@KaZaA | Comedy - Your Momma Jokes (2).mp3 | 1,211KB | Audio | Parodies and funny stuff |
| mikerunne@KaZaA | Dr. Demento - Tim Cavanaugh - 99 Dead Baboons.mp3 | 2,753KB | Audio | Tim Cavanaugh |
| mikerunne@KaZaA | J.Lo- Jenny From the Block.mp3 | 2,977KB | Audio | Jennifer Lopez |
| mikerunne@KaZaA | Dr. Demento - Star Wars - Yoda, Vader and Jabba Sings C... | 1,260KB | Audio | Parodies and funny stuff |
| mikerunne@KaZaA | evanescence-going under-fallen.mp3 | 2,490KB | Audio | evanescence |
| mikerunne@KaZaA | Star Wars - YODA (parody of YMCA by the Village People)... | 2,627KB | Audio | Weird Al Yankovic |
| mikerunne@KaZaA | Weird Al Yankovic - La Vida Yoda.mp3 | 2,876KB | Audio | Weird Al Yankovic |
| mikerunne@KaZaA | Outkast - Southernplayalisticadillactmuzik - 04 - Welcome to... | 905KB | Audio | Outkast |
| mikerunne@KaZaA | Outkast - Aint Mo Thang.mp3 | 5,309KB | Audio | Outkast |
| mikerunne@KaZaA | parodies Comedy - Star Wars - Yoda Farts.mp3 | 884KB | Audio | parodies Comedy |
| mikerunne@KaZaA | Yankovic, Weird Al - McDonald's Girl.mp3 | 3,668KB | Audio | Weird Al |
| mikerunne@KaZaA | cletus t judd - Will The Real Slim Shady Please Shut Up (1).... | 1,258KB | Audio | Cledus T Judd |
| mikerunne@KaZaA | Parodies - Bill Clinton - Mo Booty Mo Problem.mp3 | 1,722KB | Audio | Parody |

Found 816 files | 86,285 users online, sharing 75,065,703 files (418,448 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| mikerunne@KaZaA | Parodies - Bill Clinton - Mo Booty Mo Problems.mp3 | Parody | 1,728KB | Audio |
| mikerunne@KaZaA | gohome.mp3 | | 976KB | Audio |
| mikerunne@KaZaA | Parody - Shlong Song.mp3 | Taliban parodies | 2,011KB | Audio |
| mikerunne@KaZaA | 50 Cent Ft. Beyonce - Thug Love.mp3 | Parodies | 2,692KB | Audio |
| mikerunne@KaZaA | Elmos Got A Gun (1).mp3 | 50 Cents, Eminem, D.C | 1,270KB | Audio |
| mikerunne@KaZaA | WNCI-Morning Zoo Parodies - Caught Me One Handed (Pa... | Parodies | 1,962KB | Audio |
| 2 Users | Parodies - Weird Al - Men In Brown.mp3 | Shaggy | 1,588KB | Audio |
| mikerunne@KaZaA | Maddness-Cleaning out my closet freestyle.MP2 | Weird Al Yankovich | 4,491KB | Audio |
| mikerunne@KaZaA | Bob Rivers - (xmas) Police Stop My Car (felice navida).mp3 | 50 cent ft. Eminem | 1,858KB | Audio |
| mikerunne@KaZaA | SNL - Jimmy Fallon - Christmas Medley.mpg | Bob Rivers | 4,916KB | Video |
| mikerunne@KaZaA | Parody - Lady Saw - Answer to Shaggy (It Wasn't Me) (1)... | Fallon, Jimmy | 3,550KB | Audio |
| mikerunne@KaZaA | Wierd Al Yankovic - Bohemian Rap City.mp3 | Lady Saw | 3,408KB | Audio |
| mikerunne@KaZaA | 1 - Evanescence - Going Under.mp3 | Wierd Al Yankovic | 4,448KB | Audio |
| mikerunne@KaZaA | Parodies - Take A Bath (Shake It Fast).mp3 | Evanescence | 1,302KB | Audio |
| mikerunne@KaZaA | creed parody - With Legs Wide Open.mp3 | Parodies | 978KB | Audio |
| mikerunne@KaZaA | (06) Jennifer Lopez - All I Have Ft LL Cool J (1).wma | Parodies | 2,513KB | Audio |
| mikerunne@KaZaA | Backstreet Boys - (Parody) I Want A Fat Babe.mp3 | J Lo and LL COOL J | 3,295KB | Audio |
| mikerunne@KaZaA | Taliban Hunting.mp3 | Backstreet Boys | 3,001KB | Audio |
| mikerunne@KaZaA | JENNIFER LOPEZ ft. LL COOL J - all i have .mp3 | Taliban parodies | 3,978KB | Audio |
| mikerunne@KaZaA | I Ran - Flock of Seagulls.mp3 | J.Lo feat, LL Cool J | 2,632KB | Audio |
| mikerunne@KaZaA | Bob Rivers - Osama Got Ran Over By A Reindeer.mp3 | Grand Theft Auto: Vice Ci... | 698KB | Audio |
| mikerunne@KaZaA | Nelly and Jagged Edge - Where Da Party At.mp3 | Christmas Parodies | 4,544KB | Audio |
| mikerunne@KaZaA | Copy of jlo i'm real remix.mp3 | Nelly Feat, Jagged Edge | 4,075KB | Audio |
| mikerunne@KaZaA | Lil Bow Wow, DMX, 2pac, Eminem, Black Rob, Jadakiss, Th... | Jlo | 3,309KB | Audio |
| mikerunne@KaZaA | Nas, Bravehearts_50 Cents - Who I Rep Wit.mp3 | Best Rappers Ever | 3,921KB | Audio |
| mikerunne@KaZaA | Yugioh - Clip God Osiris attacks Yami Bakura.mpg | 50 Cent | 1,114KB | Video |
| mikerunne@KaZaA | yugioh-Feuerfrei (1).WMV | Kazuki Takahashi | 5,386KB | Video |
| mikerunne@KaZaA | Yugioh - Kabia Music Video - Hero.WMV | Cshguitar@aol.com | 16,818KB | Video |
| mikerunne@KaZaA | Dragonball Z - God loves SS4.mpeg | Kaiba | 3,500KB | Video |

Found 816 files | 86,285 users online, sharing 75,065,703 files (418,448 GB) | Not sharing any files

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| mikerunne@KaZaA | Dragon Ball Z - Goku goes SS4.mpeg | Dragonball Z-GT | 3,300KB | Video |
| mikerunne@KaZaA | Dragonball Z - Movie - DBGT - Special (1).avi | super5 | 126,324KB | Video |
| mikerunne@KaZaA | 50 Cent - Pimp.mp3 | 03-50_cent-pimp-rns | 1,919KB | Audio |
| mikerunne@KaZaA | 04-Eminem-Cleanin_Out_My_Closet-DMB.mp3 | Eminem | 4,657KB | Audio |
| mikerunne@KaZaA | Trapt_Headstrong.wma | Trapt | 3,283KB | Audio |
| mikerunne@KaZaA | shake ya tail feather.mp3 | Nelly Feat P. Diddy Mur... | 2,504KB | Audio |
| mikerunne@KaZaA | Eminem - Superman.mp3 | Eminem | 5,476KB | Audio |
| mikerunne@KaZaA | Jeff Foxworthy - Funny Chinese People.mp3 | Jeff Foxworthy | 2,438KB | Audio |
| mikerunne@KaZaA | 07-50_cent_feat._g-unit-bang_bang-wcr.mp3 | 50 Cent Feat. G-Unit | 3,382KB | Audio |
| mikerunne@KaZaA | 01-r_kelly-ignition_(remix).mp3 | R Kelly | 2,240KB | Audio |
| mikerunne@KaZaA | Maroon - Rag Doll.mp3 | Maroon5 | 5,162KB | Audio |
| mikerunne@KaZaA | DragonBall GT - Brolly vs Vegeta.mpeg | Dragonball Z | 1,319KB | Video |
| mikerunne@KaZaA | Christmas - Eminem (Parody) - The Real Slim Santa (1).mp3 | Comedy | 2,780KB | Audio |
| mikerunne@KaZaA | Dragon Ball GT - Opening Theme.mp3 | A | 3,286KB | Audio |
| mikerunne@KaZaA | Dragon Ball Z USA - Rock the Dragon [DBZ USA Opening]... | A | 945KB | Audio |
| mikerunne@KaZaA | the_way_you_move.mp3 | Outkast | 4,601KB | Video |
| mikerunne@KaZaA | cartoon_porn_movies-14.mpg | AcmePorn | 975KB | Video |
| mikerunne@KaZaA | Okui Masami - Shuffle.mp3 | Anime | 5,066KB | Audio |
| mikerunne@KaZaA | trapt - time for change.mp3 | Trapt | 1,574KB | Audio |
| mikerunne@KaZaA | PETEY PABLO - FREAK A LEAK.mp3 | Petey Pablo | 5,439KB | Audio |
| mikerunne@KaZaA | trapt - enigma.mp3 | TRAPT | 3,942KB | Audio |
| mikerunne@KaZaA | Trapt - Break Me Out.mp3 | Trapt | 4,244KB | Audio |
| mikerunne@KaZaA | trapt - Perfect Dream2.mp3 | Trapt | 3,224KB | Audio |
| mikerunne@KaZaA | Trapt - Still Frame.mp3 | Trapt | 4,270KB | Audio |
| mikerunne@KaZaA | Trapt - When All Is Said.mp3 | Trapt | 3,591KB | Audio |
| mikerunne@KaZaA | Trapt - Stories.mp3 | Trapt | 3,618KB | Audio |
| mikerunne@KaZaA | Christmas - Eminem (Parody) - The Real Slim Santa.mp3 | Christmas Song Parodies | 1,159KB | Audio |
| mikerunne@KaZaA | DBZ - Gohan Goes SS2 (better) (1).mp3 | The Band | 1,275KB | Audio |

Found 816 files — 86,285 users online, sharing 75,065,703 Files (418,448 GB) — Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| mikerunne@KaZaA | White Power#People Haters - Go Back To Africa (1).mp3 | nigger jokes | 1,516KB | Audio |
| mikerunne@KaZaA | WHITE POWER The White Man Marches On.mp3 | skrewdriver | 1,375KB | Audio |
| mikerunne@KaZaA | Nigger Haters - I Hate Niggers.mp3 | David Allen Coe | 1,003KB | Audio |
| mikerunne@KaZaA | (Hate) Johnny Rebel - Ship Those Niggers Back.mp3 | Adam Sandler | 4,101KB | Audio |
| mikerunne@KaZaA | Eminem - sweet home alabama freestyle (3).mp3 | Eminem | 1,672KB | Audio |
| mikerunne@KaZaA | Harry Potter - Movie Trailer.mp3 | Harry Potter | 1,664KB | Audio |
| mikerunne@KaZaA | Hank Williams Jr - Sweet Home Alabama (Live).mp3 | Hank Williams Jr. | 2,075KB | Audio |
| mikerunne@KaZaA | Forest Gump Soundtrack- Sweet Home Alabama.mp3 | Lynard Skynard | 3,510KB | Audio |
| mikerunne@KaZaA | George Thorogood - Bad To The Bone (1) (1).mp3 | George Thorogood | 4,605KB | Audio |
| mikerunne@KaZaA | Bone Thugs-N-Harmony - 07 - Bad Weed Blues - simplemp3... | Bone Thugs-N-Harmony | 7,418KB | Audio |
| mikerunne@KaZaA | Mary Jane (The Weed Song).mp3 | Bone thugs-n-harmony | 3,754KB | Audio |
| mikerunne@KaZaA | Wrestling - Goldberg Theme.mp3 | WCW Theme Songs | 1,973KB | Audio |
| mikerunne@KaZaA | Bob Seger - Old Time Rock and Roll.mp3 | Bob Seger | 3,044KB | Audio |
| mikerunne@KaZaA | Sorry 2004.mp3 | Ruben Studdard | 3,627KB | Audio |
| mikerunne@KaZaA | South Park - Timmy is Retarded.mp3 | South Park | 604KB | Audio |
| mikerunne@KaZaA | 245_Lil Bow Wow - Basketball.mp3 | Lil Bow Wow | 2,973KB | Audio |
| mikerunne@KaZaA | soundtrack, TV - WWE - Stone Cold Steve Austin - Disturb... | Disturbed | 3,039KB | Audio |
| mikerunne@KaZaA | Outkast - Roses.mp3 | Outkast | 3,627KB | Audio |
| mikerunne@KaZaA | Allen Ant Farm - Smoothe Criminal.mp3 | Alien Ant Farm - Smoothe... | 4,340KB | Audio |
| mikerunne@KaZaA | PuddleOfMudd-control.mp3 | Puddle of Mud | 3,369KB | Audio |
| mikerunne@KaZaA | Soundtrack - WWF The Music - Undertaker (2nd Theme) (1... | WWE | 3,913KB | Audio |
| mikerunne@KaZaA | Dazed and Confused-Soundtrack-Bob Dylan - Hurricane.m... | Bob Dylan | 3,380KB | Audio |
| mikerunne@KaZaA | Rob Zombie - Rollerball Soundtrack.mp3 | Rob Zombie | 2,358KB | Audio |
| mikerunne@KaZaA | wwf agression soundtrack -03- method man - the rock's th... | Method Man | 2,673KB | Audio |
| mikerunne@KaZaA | WWF - Vince McMahon Theme (1).MP3 | WWE | 3,048KB | Audio |
| mikerunne@KaZaA | WWF Themes -The Hurricane.mp3 | WWE | 2,314KB | Audio |
| mikerunne@KaZaA | Mudvayne - Silenced.mp3 | Mudvayne | 2,097KB | Audio |
| mikerunne@KaZaA | The Rock - Pie.mp3 | WWE | 4,285KB | Audio |
|  |  |  | 3,545KB | Audio |

Found 816 files | 86,285 users online, sharing 75,065,703 files (418,448 GB) | Not sharing any files

**M Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| mikerunne@KaZaA | Kurt Angle Theme (Medal).mp3 | WWF | 1,172KB | Audio | |
| mikerunne@KaZaA | Music - Stone Cold Steve Austin New Theme Song.mp3 | WWF/ECW/ WCW | 2,981KB | Audio | Stonecold Steve ostli |
| mikerunne@KaZaA | Cheerleading Mix - Clovers final cheer.mp3 | Bring It On | 1,564KB | Audio | |
| mikerunne@KaZaA | Maroon 5 - This Love (1) (1).mp3 | Maroon 5 | 4,848KB | Audio | |
| mikerunne@KaZaA | Booker T - Can You Dig It.mp3 | Booker T | 3,436KB | Audio | |
| mikerunne@KaZaA | Sound Effects - Undertaker - Judgement Day song with Kid... | WWE Entrance Music | 2,252KB | Audio | Undertal |
| mikerunne@KaZaA | wwe-Sting (crow) Theme.mp3 | WWF/WCW/ECW | 1,037KB | Audio | |
| mikerunne@KaZaA | WWF - Rob Van Dam 4th (Unedited).mp3 | Breaking Point | 2,864KB | Audio | One Ka k |
| mikerunne@KaZaA | tajiri.mp3 | WWF/WCW/ECW | 2,549KB | Audio | |
| mikerunne@KaZaA | WCW - DDP Intro.mp3 | WCW | 3,141KB | Audio | WCW Themes - C |
| mikerunne@KaZaA | WWF - Eddie Guerrero - Entrance Theme.mp3 | WWE Themes | 1,939KB | Audio | Edc |
| mikerunne@KaZaA | WWF-HHH NEW Play the Game-Motorhead (from Vol 5) MS... | Motor Head | 2,467KB | Audio | The Rock (L |
| mikerunne@KaZaA | WWF NEW THEMES-THE ROCK UNHEARD VERSION-12.mp3 | WWE | 2,844KB | Audio | Rel |
| mikerunne@KaZaA | 08 - Godsmack - Releasing The Demons - Rns.mp3 | Godsmack | 5,923KB | Audio | |
| mikerunne@KaZaA | DBZ - Youth of the nation.WMV | DBZ/GT - P.O.D. | 7,299KB | Video | DBZ/GT - Youth of the nation |
| mikerunne@KaZaA | Godsmack-Faceless-releasing the demons (2).mp3 | Godsmack | 6,971KB | Audio | Rel |
| mikerunne@KaZaA | Mudvayne-The End Of All Things To Come-trapped in the ... | Mudvayne | 3,297KB | Audio | Trapped In The |
| mikerunne@KaZaA | Pink Floyd - Wish You Were Here.mp3 | Pink Floyd | 4,307KB | Audio | W |
| 2 Users | Eminem - Loose Yourself.mp3 | Eminem | 4,902KB | Audio | Lose You |
| mikerunne@KaZaA | Rurouni_Kenshin_-_Torn_Apart_[Stabbing_Westward].mpg | Stabbing Westward | 17,518KB | Video | Barr |
| mikerunne@KaZaA | Mudvayne_-_Not_Falling_-_live_MTVGhostship_Premiere_-... | Mudvayne | 21,065KB | Video | Not Falling live MTV Ghostship |
| mikerunne@KaZaA | 05 - Deaths Blooms.mp3 | Mudvayne | 4,558KB | Audio | |
| mikerunne@KaZaA | Mudvaine - Prod.mp3 | Mudvayne | 5,694KB | Audio | |
| mikerunne@KaZaA | Treble Charger - Hundred Million.mp3 | NHL 2003 soundtrack | 2,784KB | Audio | |
| mikerunne@KaZaA | Creed - Torn.mp3 | Creed | 5,996KB | Audio | |
| mikerunne@KaZaA | Eminem - Brain Damage.mp3 | Eminem | 2,658KB | Audio | |
| mikerunne@KaZaA | Afroman - Because I Got High.mp3 | Afro Man | 1,216KB | Audio | |
| mikerunne@KaZaA | G-unit - Say what u say (1).mp3 | 50 Cent, Tony Yayo_Llo... | 3,800KB | Audio | |
| mikerunne@KaZaA | Dr. Dolittle 2 - O-Town - We Fit Together.mp3 | O-Town | 3,257KB | Audio | |

Found 816 files | 86,285 users online, sharing 75,065,703 files (418,448 GB) | Not sharing any files

**Kazaa - Search**

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| mikerunne@KaZaA | Dr. Dolittle 2 - O-Town - We Fit Together.mp3 | O-Town | 3,257KB | Audio |
| mikerunne@KaZaA | OTown - We Fit Together.mp3 | OTown | 2,798KB | Audio |
| mikerunne@KaZaA | P.Diddy - Bad Boys For Life.mp3 | P.Diddy | 3,327KB | Audio |
| mikerunne@KaZaA | 19-sean_paul-shake_that_thing-jah.mp3 | Sean_Paul | 5,489KB | Audio |
| mikerunne@KaZaA | Sean Paul f. Busta Rhymes - We Make It Clap (Remix).mp3 | Sean Paul F. Busta Rhymes | 3,832KB | Audio |
| mikerunne@KaZaA | Shawn Paul - Infultrate.mp3 | Sean Paul | 3,409KB | Audio |
| mikerunne@KaZaA | Reggae DMX, Sean Paul ,Mr. Vegas = here comes the bo... | DMX, Sean Paul ,Mr. Ve... | 3,146KB | Audio |
| mikerunne@KaZaA | Various - Shaggy - Hey Sexy Lady.mp3 (This is the entire g... | shaggy Ft sean a paul | 3,550KB | Audio |
| mikerunne@KaZaA | Kenny Chesney - There Goes My Life (2).mp3 | Kenney Chesney | 1,952KB | Audio |
| mikerunne@KaZaA | Wierd Al Yankovich - Weenie In A Bottle.mp3 | Weird Al Yankovic | 3,221KB | Audio |
| mikerunne@KaZaA | Copy (2) of REGGAE_MR. VEGAS feat. ELEPHANT MAN - ... | Mr. Vegas and Sean Paul | 3,170KB | Audio |
| mikerunne@KaZaA | Weird Al Yankovic - Ugly Girl (Barbie Girl Remix).mp3 | Weird Al Yankovic | 1,028KB | Audio |
| mikerunne@KaZaA | Weird Al Yankovic - Brittney Spears - Oops, I Farted Again... | Weird Al Yankovic | 1,699KB | Audio |
| mikerunne@KaZaA | Tim Mcgraw, Faith HIll - Its Your Love.mp3 | Tim Mcgraw | 1,520KB | Audio |
| mikerunne@KaZaA | Star Wars Comedy - Weird Al Yankovich - I Wanna Be A Sto... | Weird Al Yankovic | 1,372KB | Audio |
| mikerunne@KaZaA | Weird Al Yankovich - Which backstreet boy is gay.mp3 | Weird Al Yankovich | 2,386KB | Audio |
| mikerunne@KaZaA | Weird Al Yankovich - The Saga Begins (1).mpg | Weird Al Yankovich | 46,730KB | Video |
| mikerunne@KaZaA | Weird Al Yankovic - Amish Paradise.mpg | Weird Al Yankovich | 35,434KB | Video |
| mikerunne@KaZaA | Weird Al Yankovich - Star Wars - The Saga Begins.mp3 | Weird Al Yankovic | 5,131KB | Audio |
| mikerunne@KaZaA | Weird Al Yankovich - Freeballin'.mp3 | Bob Rivers (Producer) | 2,330KB | Audio |
| mikerunne@KaZaA | Z100 Morning Zoo - Butt Crack (Love Shack Parody).mp3 | Parodies | 1,113KB | Audio |
| mikerunne@KaZaA | Sean Paul - Top of the Game.mp3 | Sean Paul | 3,801KB | Audio |
| mikerunne@KaZaA | Weird Al Yankovic - all I want to do is have some fun (bill cli... | Wierd Al Yankovic | 696KB | Audio |
| mikerunne@KaZaA | Bon Jovi - Drift Away (Live) (1).mp3 | Bon Jovi - Drift Away (Liv... | 5,364KB | Audio |
| mikerunne@KaZaA | Star Wars - Parody - Weird Al Yankovic - Pretty Fly For A J... | Wierd Al Yankovic | 1,925KB | Audio |
| mikerunne@KaZaA | Comedy - Wierd Al - Barney's on Fire.mp3 | Weird Al Yankovic | 2,472KB | Audio |
| mikerunne@KaZaA | Wierd Al Yankovic - Hey Now, Your A Porn Star.mp3 | Weird Al Yankovic | 1,308KB | Audio |
| mikerunne@KaZaA | nas-107-i_can.mp3 | Nas | 3,979KB | Audio |
| mikerunne@KaZaA | Metallica - Never Never Land.mp3 | Metallica | 3,641KB | Audio |

Found 816 files | 86,285 users online, sharing 75,065,703 Files (418,448 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| mikerunne@KaZaA | Metallica - Never Never Land.mp3 | Metallica | 3,840KB | Audio |
| mikerunne@KaZaA | weird al yankovic - I was only kidding.mp3 | Weird Al Yankovic | 2,839KB | Audio |
| mikerunne@KaZaA | Wierd Al - Smells Like Nirvana.mpg | Weird Al Yankovic | 38,592KB | Video |
| mikerunne@KaZaA | Weird Al Yankovich -- Walking Around in Womens Underwe... | Weird Al Yankovic | 1,746KB | Audio  *(Walking Around in W)* |
| mikerunne@KaZaA | matrix-new-fart.mpeg | Weird Al Yankovic | 5,299KB | Video |
| mikerunne@KaZaA | LINKIN PARK-METEORA-numb (2).mp3 | Linkin Park | 2,565KB | Audio |
| mikerunne@KaZaA | Weird Al Yankovic (Christina Aguilera) - Hooker On a Corner... | Weird Al Yankovic (Christi... | 1,548KB | Audio  *(Hooker On a Corner (Guile...)* |
| mikerunne@KaZaA | Weird Al - The Devil Went To Jamaica.MP3 | Weird Al Yankovic | 2,404KB | Audio  *(The Devil Wer / Are)* |
| mikerunne@KaZaA | Bring it on soundtrack - Jock Jams- are you ready for this.... | Space Jam | 1,437KB | Audio |
| mikerunne@KaZaA | Rusted Root - Free My Soul.mp3 | Rusted Root | 5,111KB | Audio |
| mikerunne@KaZaA | Uncle Cracker - Follow Me.mp3 | Uncle Cracker | 4,333KB | Audio |
| mikerunne@KaZaA | 02_METALLICA_ST_ANGER_MVP.MP3 | Metallica | 10,340KB | Audio |
| mikerunne@KaZaA | Rolling Stones - Drift Away (Rare, with The Beatles).mp3 | Rolling Stones | 3,535KB | Audio  *(Drift Away are)* |
| mikerunne@KaZaA | CHEERLEADING - BRR! ITS COLD IN HERE.mp3 | Bring It On Soundtrack | 998KB | Audio  *(Clovers Brr / Give)* |
| mikerunne@KaZaA | Bill Withers - Give me the Beat Boys.mp3 | Dobie Gray | 2,718KB | Audio |
| mikerunne@KaZaA | WWE - Owen Hart's fall announcement from Jim Ross at W... | WWF | 3,442KB | Video  *(Owen Hart's)* |
| mikerunne@KaZaA | Eamon - Fuck It (1).mp3 | Eamon | 1,725KB | Audio |
| mikerunne@KaZaA | Rock - Metallica - Wiskey in the Jar.mp3 | Metallica | 3,574KB | Audio |
| mikerunne@KaZaA | WWE.Big Show Chockeslam on the undertaker and the ring ... | WWE | 569KB | Video  *(The est)* |
| mikerunne@KaZaA | Metallica - Until It Sleep.mp3 | Metallica | 4,212KB | Audio |
| mikerunne@KaZaA | WWE - Rock Makes Fun Of nWo (No Way Out 2002 ).avi | WWF | 980KB | Video  *(Rock Makes Fun of the no @)* |
| mikerunne@KaZaA | WWE - Raven does a shitty back body flip to Justin Credibl... | ECW | 583KB | Video  *(Raven UGLY Back Bod Flip)* |
| mikerunne@KaZaA | Metallica - Turn The Page.mp3 | Metallica | 4,294KB | Audio |
| mikerunne@KaZaA | Jessica Andrew-Rosemary's Grandaughter.mp3 | Jessica Andrews | 3,770KB | Audio |
| mikerunne@KaZaA | Bloopers - Wrestling - Triple H's Pedigree gone wrong.avi | WWE | 1,375KB | Video  *(HHH MURDERS WRESTLER ()* |
| mikerunne@KaZaA | Wrestling - ECW - Tazz DDT's Bigelow Through Entrance R... | ECW | 631KB | Video  *(Tazz KILL)* |
| mikerunne@KaZaA | wwe.mpeg | WWF Divas | 696KB | Video  *(WWF - Stacey Kiebl)* |
| mikerunne@KaZaA | Bloopers - Wrestling - Hayabusa Shooting Star Press Mess ... | Backyard Wrestling | 660KB | Video  *(Shooting Star Press...)* |
| mikerunne@KaZaA | Goldberg - Title Spear.mpg | WCW | 1,216KB | Video |

Found 816 files | 86,285 users online, sharing 75,065,703 Files (418,448 GB) | Not sharing any files

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| mikerunne@KaZaA | Goldberg - Triple Spear.mov | WCW | 1,216KB | Video | Gold... |
| mikerunne@KaZaA | WWE Games - Xbox - Raw Is War (22).avi | WWF | 1,864KB | Video | Bloopers 4 - Triple H tags Kur[Ang]... |
| mikerunne@KaZaA | FUCKINGAMAZING.avi | Bloopers | 1,014KB | Video | Crazy |
| mikerunne@KaZaA | Bloopers - Wrestling - Tommy dreamer almost kills Raven.avi | Wrestling ECW | 867KB | Video | ECW - Dreamer hits Raven with th... |
| mikerunne@KaZaA | ECW bloopers - wrestling goes wrong.avi | ECW | 3,367KB | Video | Blooper - Spor... wr... |
| mikerunne@KaZaA | Metalica - One.mp3 | Metalica | 2,676KB | Audio | |
| mikerunne@KaZaA | eminem-cleanin out my closet.MP3 | Eminem | 2,040KB | Audio | Cleaning out my closet |
| mikerunne@KaZaA | Get Low.mp3 | Lil Jon, Ying Yang Twins | 3,944KB | Audio | |
| mikerunne@KaZaA | Wrestling_Themes-{WWF}-HBK_Shawn_Michaels.mp3 | WWE | 2,193KB | Audio | |
| mikerunne@KaZaA | wwf_shawn_michaels-sexy_boy_[hbk_original].mp3 | WWF | 2,162KB | Audio | |
| mikerunne@KaZaA | Eminem - The Real Slim Shady.mp3 | Eminem | 3,357KB | Audio | |
| mikerunne@KaZaA | Eminem - The Way I Am (1).mp3 | Eminem | 4,537KB | Audio | |
| mikerunne@KaZaA | eddiechavo3 (1).mp3 | Los Guerreros: Eddy/Cha... | 814KB | Audio | Lit... |
| mikerunne@KaZaA | WWE Anthology - Dudly Boys (Anyone For Doomsday - Po... | Power man 5000 | 3,035KB | Audio | Drop the bomb shell (Dudle... |
| mikerunne@KaZaA | WWF Themes - Kane and The Undertaker (Less Kane).mp3 | WWE | 3,281KB | Audio | Take + K... |
| mikerunne@KaZaA | wwf - The Rock Sings 12 days of Christmas to Test.mp3 | WWE | 1,143KB | Audio | The Rock Sings 12 days o... |
| mikerunne@KaZaA | WWF - The Rock Mocks Angle, Rikishi, HHH, Undertaker, a... | wwe | 3,582KB | Audio | The Rock Mocks Angle, Rikish, HHH... |
| mikerunne@KaZaA | godsmack-01-i_stand_alone-rns.mp3 | Godsmack | 5,776KB | Audio | |
| mikerunne@KaZaA | Keke Wyatt Feat. Avant - Nothing In This World.mp3 | Keke Wyatt | 3,818KB | Audio | |
| mikerunne@KaZaA | WWF - Rock Interview Before Hell In A Cell At Armageddon... | WWF | 11,332KB | Video | The Rock Mocks Angle, Rikishi, HHH... |
| mikerunne@KaZaA | DIWALI RIDDIM - Sean Paul - Get Busy.mp3 | Sean Paul | 3,357KB | Audio | DIWALI DD... |
| mikerunne@KaZaA | I Know You Want To Truck (1).mp3 | Master P | 3,375KB | Audio | I Know You... |
| mikerunne@KaZaA | Cypress Hill - Lowrider.mp3 | Cypress Hill | 3,978KB | Audio | |
| mikerunne@KaZaA | Dobie Gray - Drift Away.mp3 | Dobie Gray - | 2,744KB | Audio | |
| mikerunne@KaZaA | 12 - Lil Kim - Magic Stick (Feat 50 Cent) - music-place2b.w... | 50 Cent and Lil Kim | 3,579KB | Audio | |
| mikerunne@KaZaA | Nickelback - How you remind me!!s.mp3 | Nickelback | 2,678KB | Audio | H |
| mikerunne@KaZaA | Linkin Park - Carousel.mp3 | Hybrid Theory | 2,843KB | Audio | |
| mikerunne@KaZaA | Linkin Park - In The End (Reanimation mix).mp3 | Linkin Park | 3,668KB | Audio | In The End... |
| mikerunne@KaZaA | Nelly - Hot In Herre FULL SONG.mp3 | Nelly | 3,576KB | Audio | Nelly - Hot... |

Found 816 files | 86,285 users online, sharing 75,065,703 Files (418,448 GB) | Not sharing any files

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| mikerunne@KaZaA | Nelly - Hot in Herre FULL SONG!.mp3 | Nelly | 3,576KB | Audio |
| mikerunne@KaZaA | P Diddy F. Usher - I Need a Girl.mp3 | P Diddy F. Usher | 4,260KB | Audio |
| mikerunne@KaZaA | Trapt- Headstrong.mp3 | Trapt | 4,508KB | Audio |
| mikerunne@KaZaA | Whitesnake - Here I Go Again.mp3 | White Snake | 4,329KB | Audio |
| mikerunne@KaZaA | Carlos Santana - feat Rob Thomas - Smooth.mp3 | Santana feat. Rob Thomas | 3,748KB | Audio |
| mikerunne@KaZaA | Young Bloodz Feat Lil' Jon == Damn!.mp3 | Youngbloodz | 3,698KB | Audio |
| mikerunne@KaZaA | Santana - why don't you and i.wma | Santana _Chad Kroger | 3,241KB | Audio |
| mikerunne@KaZaA | Collin Raye - Butterfly Kisses.mp3 | Colin Raye | 6,660KB | Audio |
| mikerunne@KaZaA | KC_the_Sunshine Band - Play That Funky Music White Boy… | KC and the Sunshine Band | 3,986KB | Audio |
| mikerunne@KaZaA | Uncle Kracker - Drift Away.mp3 | Uncle Kracker | 3,999KB | Audio |
| mikerunne@KaZaA | metalica - SAINT_ANGER.mp3 | Metalica | 2,971KB | Audio |
| mikerunne@KaZaA | Lincoln Park - In The End_(1).mp3 | Lincoln Park | 3,373KB | Audio |
| mikerunne@KaZaA | Simple Plan - Perfect.mp3 | Simple Plan | 4,369KB | Audio |
| mikerunne@KaZaA | Kelis - Milkshake.mp3 | Kelis | 4,382KB | Audio |
| mikerunne@KaZaA | Ginuwine - Diffrences.mp3 | Ginuwine | 2,079KB | Audio |
| mikerunne@KaZaA | Cold - Stupid Girl (1) (1).mp3 | Cold | 2,968KB | Audio |
| mikerunne@KaZaA | carlos santana - why dont you and i.mp3 | Carlos Santana _Chad K… | 6,431KB | Audio |
| mikerunne@KaZaA | Evanesence - Going Under.mp3 | Evanescence | 3,795KB | Audio |
| mikerunne@KaZaA | Yeah-Usher_f.LilJonLudacris.mp3 | Usher, Lil Jon, Ludacris | 5,829KB | Audio |
| mikerunne@KaZaA | Arosmith - Dream On.mp3 | Aerosmith | 4,182KB | Audio |
| mikerunne@KaZaA | Khia - MY NECK MY BACK (DIRTY VERSION).mp3 | Khia | 3,464KB | Audio |
| mikerunne@KaZaA | Ozzy Osbourne _Yngwie Malmsteen - Mr Crowley.mp3 | Ozzy Ozbourne | 5,226KB | Audio |
| mikerunne@KaZaA | Bush - XXX Soundtrack - Adrenaline.mp3 | Gavin Rossdale | 4,882KB | Audio |
| mikerunne@KaZaA | Creed - One Last Breath [weathered].mp3 | no artist | 3,724KB | Audio |
| mikerunne@KaZaA | Ozzy Ozbourne - Mama, I'm Coming Home.mp3 | Ozzy Osbourne | 3,939KB | Audio |
| mikerunne@KaZaA | Three doors down - if I could be like that.mp3 | Three Doors Down | 4,155KB | Audio |
| mikerunne@KaZaA | three doors down - kryptonite.mp3 | Three Doors Down | 5,502KB | Audio |
| mikerunne@KaZaA | Three Doors Down - When I'm Gone.mp3 | Three Doors Down | 3,778KB | Audio |

Found 816 files    86,285 users online, sharing 75,065,703 files (418,448 GB)    Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| mikerunne@KaZaA | Goo Goo Dolls - Gutterflower - 01, Big Machine.mp3 | Goo Goo Dolls | 2,977KB | Audio |
| mikerunne@KaZaA | Santana ft. Alex Band - Why Don't You I.mp3 | Santana ft. Alex Band | 3,553KB | Audio |
| mikerunne@KaZaA | Goo Goo Dolls - Slide.mp3 | Goo Goo Dolls | 3,315KB | Audio |
| mikerunne@KaZaA | Eminem - 12 - Sing For The Moment - music-madness.mp3 | Eminem | 3,316KB | Audio |
| mikerunne@KaZaA | Papa Roach - She Loves Me Not.mp3 | Papa Roach | 3,367KB | Audio |
| mikerunne@KaZaA | Nas - I know I can (1).mp3 | Nas | 3,979KB | Audio |
| mikerunne@KaZaA | Ozzy Osbourne - Crazy Train.mp3 | Ozzy Osbourne | 4,654KB | Audio |
| mikerunne@KaZaA | Ja Rule - 03 - Mesmerize (Ft. Ashanti).mp3 | Ja Rule - Last Temptation | 2,178KB | Audio |
| mikerunne@KaZaA | Metallica - Neverland.mp3 | Metallica | 3,912KB | Audio |
| mikerunne@KaZaA | Slipknot - My Plague.mp3 | Slipknot | 3,428KB | Audio |
| mikerunne@KaZaA | Slipknot-Sick.mp3 | Slipknot | 3,126KB | Audio |
| mikerunne@KaZaA | slipknot - killers are quiet.mp3 | Slipknot | 3,273KB | Audio |
| mikerunne@KaZaA | 24. Slip Knot - Diluted.mp3 | Slipknot | 3,198KB | Audio |
| mikerunne@KaZaA | J-Kwon - Tipsy (explicit).mp3 | J-Kwon | 3,727KB | Audio |
| mikerunne@KaZaA | Chris Cagle-Chicks Dig It.mp3 | Chris Cagle | 3,759KB | Audio |
| mikerunne@KaZaA | Wierd Al Yankovic - Let's Kill Barney.mp3 | Weird Al | 602KB | Audio |
| mikerunne@KaZaA | Berry White - Can't Get Enough Of Your Love.mp3 | Barry White | 3,214KB | Audio |
| mikerunne@KaZaA | 12-lil_kim-magic_stick_(feat_50_cent)-rns.mp3 | Lil Kim | 4,959KB | Audio |
| mikerunne@KaZaA | Jessica Simpson - I Want To Love You Forever.mp3 | Jessica Simpson | 3,874KB | Audio |
| mikerunne@KaZaA | Berry White, Barry - Never Gonna Give Ya Up.mp3 | Berry White, Barry | 4,536KB | Audio |
| mikerunne@KaZaA | elton jhon - the one.mp3 | Elton John | 4,849KB | Audio |
| mikerunne@KaZaA | 50_cent-pimp-rns.mp3 | 50 Cent | 5,848KB | Audio |
| mikerunne@KaZaA | Martina McBride - This Ones For The Girls - Jul 06, 2003 17... | Martina McBride | 1,607KB | Audio |
| mikerunne@KaZaA | martina mcbride - Concrete Angel.mp3 | Martina McBride | 3,958KB | Audio |
| mikerunne@KaZaA | lincoln park - forgotten.mp3 | Linkin Park | 4,558KB | Audio |
| mikerunne@KaZaA | eminem - Cleaning Out My Closet (1).mp3 | Eminem | 2,316KB | Audio |
| mikerunne@KaZaA | Eminem - One Shot.mp3 | Direct Eminem - Lose Your... | 5,117KB | Audio |
| mikerunne@KaZaA | tim mcgraw - faith hill... lets make love.mp3 | Tim McGraw/Faith Hill | 2,954KB | Audio |
| mikerunne@KaZaA | 08-50_cent-if_i_cant-rns(0).mp3 | 50 cent | 4,699KB | Audio |

Found 816 files | 86,285 users online, sharing 75,065,703 files (418,448 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | New search | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| mikerunne@KaZaA | 08-50_cent-if_i_cant-rns (1).mp3 | 50 Cent | 4,609KB | Audio |
| mikerunne@KaZaA | Ludacris - Saturday (ooh ooh).mp3 | Ludacris | 3,603KB | Audio |
| mikerunne@KaZaA | Trace Adkins - Hot Mama.mp3 | Trace Adkins | 3,398KB | Audio |
| mikerunne@KaZaA | Sean Paul - Get Busy (Diwali Riddim).mp3 | Sean Paul | 5,035KB | Audio |
| mikerunne@KaZaA | Sean Paul - Like Glue.MP3 | Sean Paul | 1,606KB | Audio |
| mikerunne@KaZaA | country-Leann Rhimes - How Do I Live Without You.mp3 | Leanne Rhimes | 4,188KB | Audio |
| mikerunne@KaZaA | Beastie Boys - Brass Monkey.mp3 | Beastie Boys | 2,446KB | Audio |
| mikerunne@KaZaA | Lone Star - One More Day .mp3 | Lonestar | 3,712KB | Audio |
| mikerunne@KaZaA | Lonestar - Not A Day Goes By.mp3 | Lone Star | 3,884KB | Audio |
| mikerunne@KaZaA | Lincoln Park - Doesnt even matter.mp3 | Lincoln Park - Doesnt eve... | 3,414KB | Audio |
| mikerunne@KaZaA | Linkin Park - I Won't Be Ignored.mp3 | Linkin Park | 2,549KB | Audio |
| mikerunne@KaZaA | linkinpark - Vertical Limit.mp3 | Linkin Park | 3,238KB | Audio |
| mikerunne@KaZaA | Metalica - Enter Sandman (8).mp3 | Metalica | 3,648KB | Audio |
| mikerunne@KaZaA | Deana Carter - Strawberry Wine.mp3 | Deanna Carter | 3,986KB | Audio |
| mikerunne@KaZaA | David Bowie - Major Tom (Long Version).mp3 | David Bowie | 4,880KB | Audio |
| mikerunne@KaZaA | Audio - Fine Arts Militia Album.kpl | Fine Arts Militia | 1KB | Audio - Fi... |
| mikerunne@KaZaA | J-Kwon -- Tipsy.mp3 | J-Kwon | 3,727KB | Audio |
| mikerunne@KaZaA | Slow Jamz.mp3 | Twista ft. Kanye West | 3,216KB | Audio |
| mikerunne@KaZaA | 05 - Track 5.mp3 | Twista | 3,203KB | Audio |
| mikerunne@KaZaA | Cajmere - Percuiator.mp3 | DJ Funk | 3,965KB | Audio |
| mikerunne@KaZaA | Pitbull ft. Lil' Jon - Culo.mp3 | Pitbull ft. Lil' Jon | 2,585KB | Audio |
| mikerunne@KaZaA | Kenny-Chesney_-_04_-_The_Good_Stuff.mp3 | Kenny Chesney | 3,135KB | Audio |
| mikerunne@KaZaA | kenny chesney - Young.mp3 | Kenny Chesney | 2,761KB | Audio |
| 2 Users | John Michael Montgomery - I Swear (1).mp3 | John Micheal Montgomery | 3,124KB | Audio |
| mikerunne@KaZaA | toby keith-shock'n y'all-american soldier (1).mp3 | toby keith | 5,827KB | Audio |
| mikerunne@KaZaA | Stacy's Mom.mp3 | Fountains of Wayne | 3,870KB | Audio |
| mikerunne@KaZaA | Jimmy Wayne - Stay Gone .mp3 | Jimmy Wayne | 3,260KB | Audio |
| mikerunne@KaZaA | Joe Nichols - The Impossible (7).mp3 | Joe Nichols | 3,799KB | Audio |
| mikerunne@KaZaA | 102_r_kelly-step_in_the_name_of_love-omni.mp3 | R. Kelly | 8,066KB | Audio |

Found 816 files | 86,285 users online, sharing 75,065,703 files (418,448 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | New search | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| mikerunne@KaZaA | 102-r_kelly-step_in_the_name_of_love-0mni.mp3 | R. Kelly | 8,036KB | Audio |
| mikerunne@KaZaA | Audio - Public Enemy Revolverlution Album.kpl | Public Enemy | 3KB | Audio |
| mikerunne@KaZaA | Juvenile - Back That Thing Up.mp3 | Juvenile | 4,190KB | Audio |
| mikerunne@KaZaA | Audio - The Honey Palace Album.kpl | The Honey Palace | 1KB | Audio |
| mikerunne@KaZaA | Chicks Dig It.mp3 | Chris Cagle | 3,971KB | Audio |
| mikerunne@KaZaA | 20-ludacris-stand_up-whoa (1).mp3 | Ludacris | 4,975KB | Audio |
| mikerunne@KaZaA | 09-jay_z-99_problems-dta.mp3 | Jay_Z | 5,500KB | Audio |
| mikerunne@KaZaA | 02-g_unit-stunt_101(dirty)-0mni.mp3 | G_unit | 5,367KB | Audio |
| mikerunne@KaZaA | Kelly R - Stop In The Name Of Love.mp3 | R. Kelly | 5,684KB | Audio |
| mikerunne@KaZaA | Lone Star - I'm Amazed By You.mp3 | Lonestar | 3,658KB | Audio |
| mikerunne@KaZaA | Lonestar - I'm Already There.MP3 | Lone Star | 2,981KB | Audio |
| mikerunne@KaZaA | Rascal Flatts - Melt - 03 - I Melt.mp3 | Rascal Flatts | 3,665KB | Audio |
| mikerunne@KaZaA | Tracy Byrd - Drinking Bone.mp3 | Tracy Byrd | 3,093KB | Audio |
| mikerunne@KaZaA | 03 - Lonestar - Not A Day Goes By.mp3 | Lonestar | 3,884KB | Audio |
| mikerunne@KaZaA | Dimond Rio - beutiful mess.mp3 | Dimond Rio | 3,496KB | Audio |
| mikerunne@KaZaA | Faith_Hill-Cry.mp3 | Faith Hill | 4,426KB | Audio |
| mikerunne@KaZaA | Garth Brooks - The Dance.mp3 | Garth Brooks | 3,446KB | Audio |
| mikerunne@KaZaA | Rascal Flatts - Melt - 05 - Love You Out Loud.mp3 | Rascal Flatts | 2,899KB | Audio |
| mikerunne@KaZaA | Kellie Coffey - When You Lie Next To Me.mp3 | Kellie Coffey | 3,765KB | Audio |
| mikerunne@KaZaA | Phil Vassar - American Child.mp3 | Phil Vassar | 3,103KB | Audio |
| mikerunne@KaZaA | Tim Mcgraw - Unbroken.mp3 | Tim Mcgraw | 3,772KB | Audio |
| mikerunne@KaZaA | martina mcbride - Blessed.mp3 | Martina McBride | 4,320KB | Audio |
| mikerunne@KaZaA | Usher - Confessions Part II.wma | Usher | 3,114KB | Audio |
| mikerunne@KaZaA | D12-MyBand.mp3 | D12_Eminem | 2,366KB | Audio |
| mikerunne@KaZaA | ACDC - Highway To Hell.mp3 | ACDC | 3,252KB | Audio |
| mikerunne@KaZaA | Martina Mcbride - Loves the Only House.mp3 | Martina McBride | 4,898KB | Audio |
| mikerunne@KaZaA | martina mcbride - Where Would You Be (single version).mp3 | Martina McBride | 3,894KB | Audio |
| mikerunne@KaZaA | Tim Mcgraw - Don't Take The Girl.mp3 | Tim Mcgraw | 3,893KB | Audio |
| mikerunne@KaZaA | Lonestar - Walking In Memphis.mp3 | Lonestar | 5,415KB | Audio |

Found 816 files    86,285 users online, sharing 75,065,703 files (418,448 GB)    Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| mikerunne@KaZaA | 09-jay_z-99_problems-dta.mp3 | Jay Z | 5,500KB | Audio |
| mikerunne@KaZaA | 02-g_unit-stunt_101(dirty)-Omni.mp3 | G_unit | 5,367KB | Audio |
| mikerunne@KaZaA | Kelly R - Stop In The Name Of Love.mp3 | R. Kelly | 5,684KB | Audio |
| mikerunne@KaZaA | Lone Star - I'm Amazed By You.mp3 | Lonestar | 3,658KB | Audio |
| mikerunne@KaZaA | Lonestar - I'm Already There.MP3 | Lone Star | 2,981KB | Audio |
| mikerunne@KaZaA | Rascal Flatts - Melt - 03 - I Melt.mp3 | Rascal Flatts | 3,665KB | Audio |
| mikerunne@KaZaA | Tracy Byrd - Drinking Bone.mp3 | Tracy Byrd | 3,093KB | Audio |
| mikerunne@KaZaA | 03 - Lonestar - Not A Day Goes By.mp3 | Lonestar | 3,884KB | Audio |
| mikerunne@KaZaA | Dimond Rio - beutiful mess.mp3 | Dimond Rio | 3,496KB | Audio |
| mikerunne@KaZaA | Faith_Hill-Cry.mp3 | Faith Hill | 4,426KB | Audio |
| mikerunne@KaZaA | Garth Brooks - The Dance.mp3 | Garth Brooks | 3,446KB | Audio |
| mikerunne@KaZaA | Rascal Flatts - Melt - 05 - Love You Out Loud.mp3 | Rascal Flatts | 2,899KB | Audio |
| mikerunne@KaZaA | Kellie Coffey - When You Lie Next To Me.mp3 | Kellie Coffey | 3,766KB | Audio |
| mikerunne@KaZaA | Phil Vassar - American Child.mp3 | Phil Vassar | 3,103KB | Audio |
| mikerunne@KaZaA | Tim Mcgraw - Unbroken.mp3 | Tim Mcgraw | 3,772KB | Audio |
| mikerunne@KaZaA | martina mcbride - Blessed.mp3 | Martina McBride | 4,320KB | Audio |
| mikerunne@KaZaA | Usher - Confessions Part II.wma | Usher | 3,114KB | Audio |
| mikerunne@KaZaA | D12-MyBand.mp3 | D12_Eminem | 2,366KB | Audio |
| mikerunne@KaZaA | ACDC - Highway To Hell.mp3 | ACDC | 3,252KB | Audio |
| mikerunne@KaZaA | Martina Mcbride - Loves the Only House.mp3 | Martina McBride | 4,899KB | Audio |
| mikerunne@KaZaA | martina mcbride - Where Would You Be (single version).mp3 | Martina McBride | 3,894KB | Audio |
| mikerunne@KaZaA | Tim Mcgraw - Don't Take The Girl.mp3 | Tim Mcgraw | 3,893KB | Audio |
| mikerunne@KaZaA | Lonestar - Walking In Memphis.mp3 | Lonestar | 5,415KB | Audio |
| mikerunne@KaZaA | Montgomery Gentry - Hell Yeah.mp3 | Montgomery Gentry | 6,819KB | Audio |
| mikerunne@KaZaA | Honesty - Rodney Atkins.mp3 | Rodney Atkins | 4,078KB | Audio |
| mikerunne@KaZaA | Jeff Bates - The Love Song.mp3 | Jeff Bates | 5,887KB | Audio |
| mikerunne@KaZaA | Keith Sweat - Nobody.mp3 | Keith Sweat | 3,615KB | Audio |
| mikerunne@KaZaA | Man With A Memory - 07 - Joe Nichols - Cool To Be A Fool.... | Joe Nichols | 2,777KB | Audio |
| mikerunne@KaZaA | 07-Usher-Truth.mp3 | Usher f. Joe Budden | 4,256KB | Audio |

Found 816 files | 86,285 users online, sharing 75,065,703 files (418,448 GB) | Not sharing any files