AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 05- 517

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A
## UNITED STATES MAGISTRATE JUDGE
## TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF _____1_____ COPIES OF AO FORM 85.

JUL 2 2 2005

_____     _____
(Date forms issued)                  (Signature of Party or their Representative)

                                     Shaun Lang
                                     _____
                                     (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action