AO 121 (6-30)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT<br>District of Delaware<br>844 N. King Street<br>Wilmington, DE 19801 |
|---|---|
| DOCKET NO.  05-517 | DATE FILED  7/22/05 |

| PLAINTIFF | DEFENDANT |
|---|---|
| MAVERICK RECORDING CO.; UMG RECORDINGS, INC.; BMG MUSIC; CAPITOL RECORDS, INC.; INTERSCOPE RECORDS; WARNER BROS. RECORDS INC.; ELEKTRA ENTERTAINMENT GROUP INC.; and ARISTA RECORDS LLC | MICHAEL RUNNE |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order  ☐ Judgment | ☐ Yes  ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PETER T. DALLEO | Monica Mosley (signature) | 7/22/05 |

*U.S.G.P.O. 1982-374-279

Copy 4 – In the event of an appeal, forward this copy to the Appellate Court so they can prepare a new AO 279 for the appeal.

# EXHIBIT A

## MICHAEL RUNNE

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Maverick Recording Company | Michelle Branch | All You Wanted | The Spirit Room | 303-732 |
| UMG Recordings, Inc. | Ludacris | Saturday (Oooh! Oooh!) | Word of Mouf | 304-605 |
| BMG Music | Lonestar | I'm Already There | I'm Already There | 298-550 |
| Capitol Records, Inc. | Bob Seger | Old Time Rock & Roll | Stranger in Town | 5-591 |
| Interscope Records | Eminem | Brain Damage | The Slim Shady LP | 262-686 |
| Warner Bros. Records Inc. | Linkin Park | Cure For The Itch | Hybrid Theory | 288-402 |
| Elektra Entertainment Group Inc. | Third Eye Blind | How's It Going to Be | Third Eye Blind | 188-673 |
| Arista Records LLC | Outkast | So Fresh, So Clean | Stankonia | 306-741 |