I Mike Runne certify that I gave copies of my answer to settle case out of court. Case # 05-517 $4500.00 out of court settlement. Over the phone settlement

Mike R.
8-15-05

FILED
AUG 17 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

U.S. POSTAGE PAID
MILLSBORO, DE
19966
AUG 16, '05
AMOUNT
$4.30
00056861

19801

REQUIERE FRANQUEO PARA CORR
"PRIORITY MAIL" DE 2 LIBRAS
USO NACIONAL ÚNICAMENTE

UNITED STATES POSTAL SERVICE
www.usps.com

Michael Runne
24140 Kent Dr.
Millsboro, DE 19966

Clerk of the court
844 Kings St.
Lock box 18
Wilmington, DE 19801

PRIORITY MAIL
UNITED STATES POSTAL SERVICE

**HOW TO USE:**
**COMO USAR:**

*1. COMPLETE ADDRESS LABEL AREA*
Type or print required return address and addressee information.

*ESCRIBA LA DIRECCIÓN EN EL AREA INDICADA*
Escriba en letras de imprenta la dirección del remitente y la del destinatario.

PLACE LABEL HERE
ADHIERA ETIQUETA AQUÍ

The efficient FLAT RATE ENVELOPE. You don't have to weigh the envelope... just pack all your correspondence and documents inside and pay only the 2 lb. Priority Mail postage rate. We Deliver.



DELIVERY CONFIRMATION™
United States Postal Service®

EJ7B 6547 2000 DE4E EDED