## CERTIFICATE OF SERVICE

The undersigned certifies that on October 7, 2005, he caused the attached Stipulation to Judgment and Permanent Injunction and Proposed Order to be electronically filed and served, via first class U.S. Mail, upon the following:

Michael Runne
24140 Kent Drive
Millsboro, DE 19966-3630

_____
ROBERT S. GOLDMAN, ESQ. (#2508)